# Billion Law

922 New Road; Suite 2

Wilmington, DE 19805

tel: 302.428.9400

fax: 302.450.4040

markbillion@billionlaw.com

DATED: OCTOBER 26, 2017

VIA U.S. POST
The Honorable Ashely M. Chan;
    Robert N.C. Nix Sr. Federal Courthouse;
        900 Market Street, Suite 214;
            Philadelphia, PA 19107.


**Re: David Adenaike, 16-13307-amc**

Dear Judge Chan:

    I write with respect to a scheduling and case management matter concerning the referenced debtor. I am involved in a contested adversary proceeding in the District of Delaware on the morning that confirmation is scheduled -- that being October 31, 2017 at 11:00 a.m. -- and cannot attend. I have spoken with Mr. Miller, who is aware that I am writing, and he indicated that he could not excuse me due to the arrears as well as the multiple listings. I am seeking coverage from another attorney; however, given the case, I would prefer to be there when it proceeds.

    This case has been continued multiple times due to the Debtor's multiple payment reconciliation attempts, which were discussed at the hearing on August 29, 2017; and it is not ready for confirmation at this time. I have moved to withdraw due to differences with my client concerning the ability to best proceed. This hearing is scheduled for November 28, 2017 at 11:00 a.m.

      I respectfully request that the matters slated for October 31, 2017, be rescheduled for that date, November 28, 2017.

                                        Best,
                                        /s/ Mark M. Billion

Cc: David Adenaike by U.S. Post, Trustee Jack Miller by CM/ECF