United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13307-amc
David Adenaike                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Apr 10, 2018
                             Form ID: pdf900          Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2018.
cr              +Franklin Mint Federal Credit Union,   5 Hillman Drive, Suite 100,   Chadds Ford, PA 19317-9752
cr              +WELLS FARGO BANK, N.A.,   P.O. Box 29482,   Phoenix, AZ 85038-9482
13724621        +TOYOTA MTR,   TWO WALNUT GROOVE DR #210,   HORSHAM, PA 19044-7704
13751886        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/Text: adekmoss@gmail.com Apr 11 2018 01:47:25     David Adenaike,   1036 Pine Street,
                  Darby, PA 19023-2026
smg              E-mail/Text: bankruptcy@phila.gov Apr 11 2018 01:46:49     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2018 01:46:19
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2018 01:46:48     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
NONE            +E-mail/Text: duffyk@co.delaware.pa.us Apr 11 2018 01:47:07     Delaware County Tax Claim Bureau,
                  Government Center,   201 W. Front Street,   Media, PA 19063-2708
                                                                                      TOTAL: 5


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2018                              Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2018 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
          BRETT ALAN SOLOMON    on behalf of Creditor   PNC Bank, National Association
           bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
           cbrennan@klehr.com,   nharrison@klehr.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI    on behalf of   Delaware County Tax Claim Bureau
           steve@bottiglierilaw.com,   ecfnotice@comcast.net
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                            TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  David Adenaike | CHAPTER 13 |
| Debtor(s) | |
| Toyota Motor Credit Corporation | |
| Movant | |
| vs. | NO. 16-13307 amc |
| David Adenaike | |
| Debtor(s) | |
| William C. Miller Esq. | 11 U.S.C. Section 362 |
| Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and

after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2010 TOYOTA TACOMA 4X, VIN:

3TMLU4EN6AM039297  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this 10th day of  April, 2018.

cc: See attached service list

Ashely M. Chan
United States Bankruptcy Judge

David Adenaike
1036 Pine Street
Darby, PA 19023

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532