UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| DAVID ADENAIKE | : | |
| Debtor | : | Bankruptcy No.: 16-13307AMC |

## ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN

**AND NOW**, this \_\_\_16th\_\_\_ day of \_\_\_April\_\_\_, 2018, after notice and a hearing, it is **ORDERED** that confirmation is denied and it is further

**ORDERED**, that the debtor file a new plan within twenty days.

BY THE COURT

_____
**HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

David Adenaike
1036 Pine Street
Darby, PA 19023