**Fill in this information to identify your case and this filing:**

Debtor 1: **DAVID** (First Name) **_____** (Middle Name) **ADENAIKE** (Last Name)

Debtor 2 (Spouse, if filing): First Name _____ Middle Name _____ Last Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: **16-13307 amc**

FILED APR 16 2018 TIMOTHY McGRATH, CLERK BY _____ DEP. CLERK

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: ~~Property~~          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1. **1036 PINE ST**
Street address, if available, or other description

**DARBY, PA. 19023**
City / State / ZIP Code

**DELAWARE**
County

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ ~~Investment property~~
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **N/A**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$100,000**
Current value of the portion you own? **$76,900**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. **N/A**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. **6853 RADBOURNE RD**
Street address, if available, or other description

**UPPER DARBY PA 19082**
City / State / ZIP Code

**DELAWARE**
County

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ ~~Investment property~~
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **N/A**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

Current value of the entire property? **$85,000**
Current value of the portion you own? **$69,500**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Official Form 106A/B          Schedule A/B: Property          page 1

Debtor 1  **DAVID** _____ **ADENAIKE**
First Name   Middle Name   Last Name

Case number (if known) _____

1.3. Street address: 7431 ELMWOOD AVE

City: PHILA  State: PA  ZIP Code: 19153

County: PHILADELPHIA

What is the property? Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  $67,100
Current value of the portion you own?  $56,750

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. _____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................→ $ _____

Debtor 1  __DAVID__  _____  __ADEBAYEE__                                    Case number (if known) _____
         First Name   Middle Name   Last Name

1.3. Street address, if available, or other description: __2445 S. EDGEWOOD__

City: __PHILA__,   State: __PA__   ZIP Code: __19142__

County: __PHILADELPHIA__

What is the property? Check all that apply.
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [x] Investment property
- [ ] Timeshare
- [ ] Other _____

Who has an interest in the property? Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ __47,000__

Current value of the portion you own? $ __40,102__

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

- [ ] Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .............................................→  $ _____

Debtor 1 __DAVID ADENAIKE_____
            First Name  Middle Name  Last Name

Case number (if known)_____

1.3. Street address: __6543 RESALAND ST__

City/State/ZIP: __PHILA, PA. 19143__

County: __PHILADELPHIA__

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☒ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $ __55,000__

Current value of the portion you own? $ __43,750__

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................→ $ _____

Debtor 1  **DAVID** **ADENAIKE**                                    Case number *(if known)*_____
      First Name    Middle Name    Last Name

1.3. Street address, if available, or other description: **2523 S. 69th St**

City: **PHILA**, State: **PA**, ZIP Code: **19143**

County: **PHILADELPHIA**

What is the property? Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☑ Investment property
- ☐ Timeshare
- ☐ Other _____

Who has an interest in the property? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$54,100**
Current value of the portion you own? **$37,050**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................................→  $_____

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- ☐ No
- ☐ Yes

3.1. Make: _____  Model: _____  Year: _____  Approximate mileage: _____  Other information: _____

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $_____
Current value of the portion you own? $_____

If you own or have more than one, describe here:

3.2. Make: _____  Model: _____  Year: _____  Approximate mileage: _____  Other information: _____

Who has an interest in the property? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $_____
Current value of the portion you own? $_____