United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Adenaike
    Debtor

Case No. 16-13307-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Apr 16, 2018
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db           +E-mail/Text: adekmoss@gmail.com Apr 17 2018 01:42:08      David Adenaike,   1036 Pine Street, Darby, PA 19023-2026
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2018 01:41:53      U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                                                              TOTAL: 2

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2018 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
         BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
          bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
         CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
          cbrennan@klehr.com,    nharrison@klehr.com
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
          ecfemails@ph13trustee.com
         JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
          jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
         KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
         STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
          steve@bottiglierilaw.com,    ecfnotice@comcast.net
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                                                                                                           TOTAL: 10

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              :         Chapter 13
                                                    :
         DAVID ADENAIKE                             :
                Debtor                              :         Bankruptcy No.: 16-13307AMC

**ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN**

    **AND NOW**, this ___16th___ day of ___April___, 2018, after notice and a hearing, it is **ORDERED** that confirmation is denied and it is further

    **ORDERED**, that the debtor file a new plan within twenty days.

BY THE COURT

_____
**HONORABLE ASHELY M. CHAN
BANKRUPTCY JUDGE**

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

David Adenaike
1036 Pine Street
Darby, PA 19023