IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Toyota Motor Credit Corporation Credit Corporation<br><br>　　　　　　　Movant<br><br>v.s<br><br>David Adenaike<br><br>　　　　　　　Debtor<br><br><br>David Adenaike<br><br>　　　　　　　Debtor<br><br>William C. Miller Esq.<br><br>　　　　　　　Trustee | CHAPTER 13  FILED<br>MAY -2 2018<br>BY TIMOTHY McGRATH, CLERK<br>DEP. CLERK<br><br>NO   16-13307-amc<br><br><br><br>11 U.S.C. Section 362 |

## MOTION TO DISALLOW.

### HONORABLE UNITED STATES BANKRUPTY JUDGE:

**David Adenaike** ("Debtor"). David Adenaike is filling Motion to object to Toyota Credit Corporation Motion for Relief from the Automatic Stay ("Motion"), and in support thereof.

Dear Honorable Judge Ashley M. Chan, I pray you to consider my plea to disallow any monetary claim that the Toyota Credit Corporation may be asking for in this matter.

Reasons shown below;

1. On OR BEFORE April 09, 2017, the 2010 TOYOTA TACOMA 4X, VIN: 3TMLU4EN6AM039297 ("Vehicle"). Was **surrendered** to ("Movant") Toyota Credit Corporation

    **2.**    Toyota Credit Corporation ("Movant") has the possession of the vehicle in question, and the possession was confirmed by ("Movant") Toyota Credit Corporation.

    **3.**    David Adenaike ("Debtor") respectfully objects to any monetary claim. Upon final hearing of this Motion: Any monetary claim be disallowed.

    Very Truly yours,

    David Adenaike (Debtor)

*[signature]*