*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion filed by Debtor David Adenaike
to
Disallow Claim #5 of Toyota Motor Credit Corporation

on: 6/5/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/4/18

Timothy B. McGrath
Clerk of Court

171 – 170
Form 167