United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Adenaike  
    Debtor

Case No. 16-13307-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: May 04, 2018  
                  Form ID: 167    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2018.
```
cr              +Franklin Mint Federal Credit Union,   5 Hillman Drive, Suite 100,   Chadds Ford, PA 19317-9752
cr              +WELLS FARGO BANK, N.A.,   P.O. Box 29482,   Phoenix, AZ 85038-9482
13724621        +TOYOTA MTR,   TWO WALNUT GROVE DR #210,   HORSHAM, PA 19044-7704
13751886        +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, TX 75001-9013
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              +E-mail/Text: adekmoss@gmail.com May 05 2018 01:57:29     David Adenaike,   1036 Pine Street,
                 Darby, PA 19023-2026
                                                                                              TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13724631*       +TOYOTA MTR,   TWO WALNUT GROVE DR #210,   HORSHAM, PA 19044-7704
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,   nharrison@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com,   ecfnotice@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion filed by Debtor David Adenaike
to
Disallow Claim #5 of Toyota Motor Credit Corporation

on: 6/5/18

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/4/18

Timothy B. McGrath
Clerk of Court

171 – 170
Form 167