United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 16-13307-amc
David Adenaike                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: John            Page 1 of 2            Date Rcvd: May 09, 2018
                            Form ID: 160          Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.

```
cr            +Franklin Mint Federal Credit Union,   5 Hillman Drive, Suite 100,   Chadds Ford, PA 19317-9752
cr            +WELLS FARGO BANK, N.A.,    P.O. Box 29482,   Phoenix, AZ 85038-9482
13724647       AMEX,   P O BOX 7871,   FORT LAUDERDALE, FL 33329
13724637      +BANKAMERICA,   POB 1597,   NORFOLK, VA 23501-1597
13724636      +CAPITAL ONE,   PO BOX 30253,   SALT LAKE CITY, UT 84130-0253
13724622      +CHASE,   P.O. BOX 15298,   WILMINGTON, DE 19850-5298
13724623      +CITI CARDS CBSDNA,   POB 6241,   SIOUX FALLS, SD 57117-6241
13724642      +DEPTEDNELNET,   Not Available,   NA, NA NA,   FIN RECOVERY,   200 EAST PARK DRIVE SUITE 100,
                MOUNT LAUREL, NJ 08054-1297
13767263      +Delaware County Tax Claim Bureau,   c/o STEPHEN VINCENT BOTTIGLIERI,   230 N. Monroe Street,
                Media, PA 19063-2908
13819975       Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
                Carol Stream, IL  60197-5008
13761258       ECMC,   PO BOX 16408,   ST. PAUL, MN 55116-0408
13724620      +ELAN FIN SER,   CB DISPUTES PO BOX 108,   SAINT LOUIS, MO 63166-0108
13789676      +Emergency Physician Associates of Delaw,   6681 Country Club Drive,
                Golden Valley Mn 55427-4601
13724632      +FIA CS,   PO BOX 982238,   EL PASO, TX 79998-2238
13782678      +Franklin Mint Federal Credit Union,   c/o CORINNE SAMLER BRENNAN,
                Klehr Harrison Harvey Branzburg LLP,   1835 Market Street, Suite 1400,
                Philadelphia, PA 19103-2945
13724618      +GLHEC,   PO BOX 7859,   MADISON, WI 53707-7859
14061985      +Kevin G. McDonald, Esquire,   KML Law Group, P.C.,   Atty to Toyota Motor Credit Corp,
                701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13724639      +MBNA AMERICA,   PO BOX 17054,   WILMINGTON, DE 19850-7054
13724649      +NSTAR/GLELSI,   2401 INTERNATIONAL POB 7859,   MADISON, WI 53707-7859
13724635      +PHILA FCU,   12800 WEST TOWNSEND,   PHILADELPHIA, PA 19154-1003
13724629      +PHILA PARKNG,   POB 41819,   PHILADELPHIA, PA 19101-1819
13724616      +PNC BANK,   2730 LIBERTY AV,   PITTSBURGH, PA 15265-0001
13802289      +PNC BANK N.A.,   PO BOX 94982,   CLEVELAND, OH 44101-4982
13744033      +Philadelphia Federal Credit Union,   12800 Townsend Road,   Philadelphia, PA 19154-1095
13744538      +Philadelphia Federal Credit Union,   c/o JASON BRETT SCHWARTZ,   Mester & Schwartz, P.C.,
                1333 Race Street,   Philadelphia, PA 19107-1556
13724640      +RSHK/CBUSA,   P O BOX 8189,   JOHNSON CITY, TN 37615-0189
13724621      +TOYOTA MTR,   TWO WALNUT GROVE DR #210,   HORSHAM, PA 19044-7704
13751886      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, TX 75001-9013
13818334       U.S. Bank NA dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
                St. Louis, MO 63166-0108
13809827       U.S. DEPARTMENT OF EDUCATION,   PO BOX 16448,   ST. PAUL, MN 55116-0448
13724633      +VALLEY LSI,   747 CHESTNUT RIDGE ROAD,   SPRING VALLEY, NY 10977,   PHILA FCU,
                12800 WEST TOWNSEND,   PHILADELPHIA, PA 19154-1003
13724627      +WELLS FARGO,   CREDIT BUREAU DISPUTE RESOLUTI,   PO BOX 14517,   DES MOINES, IA 50306-3517
13823623       Wells Fargo Bank, N.A.,   P.O. Box 45038 MAC Z3057012,   Jacksonville, FL 322325038
13822068       Wells Fargo Bank, N.A.,   Wells Fargo Card Services,   PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
13750322      +Wells Fargo Bank, N.A.,   Business Direct Division,   P.O. Box 29482,   Phoenix, AZ 85038-9482
14043812      +Wells Fargo Payment Remittance Center,   PO Box 51174,   Los Angeles, CA 90051-5474
13724630      +wach ed fin,   po box 3117,   WINSTON SALEM, NC 27102-3117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
db            +E-mail/Text: adekmoss@gmail.com May 10 2018 02:49:50     David Adenaike,   1036 Pine Street,
                Darby, PA 19023-2026
13724626      +E-mail/Text: EBNProcessing@afni.com May 10 2018 02:48:49     AFNI,   PO BOX 3097,
                BLOOMINGTON, IL 61702-3097
13795189       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 10 2018 02:54:43
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
13913238      +E-mail/Text: duffyk@co.delaware.pa.us May 10 2018 02:49:29     Delaware County Tax Claim Bureau,
                Government Center Building,   201 W. Front Street,   Media, PA 19063-2708
13733476       E-mail/Text: mrdiscen@discover.com May 10 2018 02:48:05     Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
13724650      +E-mail/Text: cio.bncmail@irs.gov May 10 2018 02:48:09     IRS,   PO BOX 7346,
                Philadelphia, PA,   PHILADELPHIA, PA 19101-7346
13777769       E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2018 02:54:42
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13785251       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2018 02:45:11
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13725705       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2018 02:48:17
                Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
                Harrisburg P A 17128-0946
13795638      +E-mail/Text: equiles@philapark.org May 10 2018 02:49:35     Philadelphia Parking Authority,
                701 Market St. Suite 5400,   Philadelphia, PA 19106-2895
```

```
District/off: 0313-2          User: John              Page 2 of 2                Date Rcvd: May 09, 2018
                             Form ID: 160             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13724628        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 10 2018 02:48:01
                 VERIZON,   500 TECHNOLOGY DR SUITE 300,   SAINT CHARLES, MO 63304-2225
                                                                                        TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13724641        DEPTEDNELNET,   Not Available,   NA, NA NA
13724643        DEPTEDNELNET,   Not Available,   NA, NA NA
13724645        DEPTEDNELNET,   Not Available,   NA, NA NA
13724646        SYNCB/CARECR,   C/O PO BOX 965036,   NA, NA NA
13724648*      +BANKAMERICA,   POB 1597,   NORFOLK, VA 23501-1597
13724638*      +FIA CS,   PO BOX 982238,   EL PASO, TX 79998-2238
13724619*      +GLHEC,   PO BOX 7859,   MADISON, WI 53707-7859
13724644*      +PHILA PARKNG,   POB 41819,   PHILADELPHIA, PA 19101-1819
13724617*      +PNC BANK,   2730 LIBERTY AV,   PITTSBURGH, PA 15265-0001
13724631*      +TOYOTA MTR,   TWO WALNUT GROOVE DR #210,   HORSHAM, PA 19044-7704
13724634*      +wach ed fin,   po box 3117,   WINSTON SALEM, NC 27102-3117
13724625      ##+COLLECTION,   287 INDEPENDENCE,   VIRGINIA BEACH, VA 23462-2962
13724624      ##+DISCOVER FINANCIAL SERVI,   POB 15316,   WILMINGTON, DE 19850,   COLLECTION,   287 INDEPENDENCE,
                 VIRGINIA BEACH, VA 23462-2962
                                                                            TOTALS: 4, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
          BRETT ALAN SOLOMON   on behalf of Creditor   PNC Bank, National Association
           bsolomon@tuckerlaw.com,  agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          CORINNE SAMLER BRENNAN   on behalf of Creditor   Franklin Mint Federal Credit Union
           cbrennan@klehr.com,  nharrison@klehr.com
          JACK K. MILLER   on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JASON BRETT SCHWARTZ   on behalf of Creditor   Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com,  jottinger@mesterschwartz.com
          KEVIN G. MCDONALD   on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          STEPHEN VINCENT BOTTIGLIERI   on behalf of   Delaware County Tax Claim Bureau
           steve@bottiglierilaw.com,  ecfnotice@comcast.net
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 10
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David Adenaike

      Debtor(s)                                      Case No: 16–13307–amc

                                                Chapter: 13

_____

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,


              on: 6/5/18

              at: 10:00 AM

              in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

              900 Market Street
              Suite 400
              Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.


Dated: 5/9/18                                            For The Court

                                                  Timothy B. McGrath
                                                    Clerk of Court