**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**  **DAVID ADENAIKE,** : Chapter 13
       **Debtor** : Case No. 16-13307-amc

**CERTIFICATION OF NO RESPONSE**

    I, Stephen V. Bottiglieri, Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Notice of and Motion for Relief from the Automatic Stay regarding 1036 Pine Street, Darby, Delaware County, Pennsylvania bearing Folio Number 14-00-02541-00.

                      **MICHAEL F. X. GILLIN & ASSOCIATES, P.C.**

Date: 06/01/2018     **BY:** /s/ Stephen V. Bottiglieri
                            Stephen V. Bottiglieri, Esquire
                            Attorney for Movant
                                Delaware County Tax Claim Bureau
                            230 N. Monroe Street
                            Media, PA 19063
                            P (610) 565-2211
                            F (610) 565-1846
                            sbottiglieri@gillinlawoffice.com