**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**      **DAVID ADENAIKE,**               : **Chapter 13**
                        **Debtor**          : **Case No. 16-13307-amc**

**CERTIFICATION OF NO RESPONSE**

I, Stephen V. Bottiglieri, Esquire, hereby certify that no answer, objection, other responsive pleading, or request for hearing has been filed within the time allowed by law to the Notice of and Motion for Relief from the Automatic Stay regarding 6853 Radbourne Road, Upper Darby, Delaware County, Pennsylvania bearing Folio Number 16-01-01324-00.

**MICHAEL F. X. GILLIN & ASSOCIATES, P.C.**

Date: __06/01/2018__          **BY:**  __/s/ Stephen V. Bottiglieri_____
                                      Stephen V. Bottiglieri, Esquire
                                      Attorney for Movant
                                          Delaware County Tax Claim Bureau
                                      230 N. Monroe Street
                                      Media, PA 19063
                                      P (610) 565-2211
                                      F (610) 565-1846
                                      sbottiglieri@gillinlawoffice.com