# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13307-AMC

DAVID ADENAIKE

1036 PINE STREET

DARBY, PA 19023

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAVID ADENAIKE

    1036 PINE STREET

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, *  *

                                           /S/ William C. Miller

Date: 6/7/2018                     _____

                                       William C. Miller, Esquire
                                       Chapter 13 Standing Trustee