IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Delaware County Tax Claim Bureau | CHAPTER 13 |
| Movant | |
| v.s | |
| David Adenaike | |
| Debtor | NO    16-13307-amc |
| | |
| David Adenaike | |
| Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq. | |
| Trustee | |

FILED JUN - 7 2018 BY TIMOTHY McGRATH, CLERK DEP. CLERK

## MOTION TO DISALLOW.

### HONORABLE UNITED STATES BANKRUPTY JUDGE:

**David Adenaike** ("Debtor"). David Adenaike is filling Motion to object to Delaware County Tax Claim Bureau Motion for Relief from the Automatic Stay ("Motion"), and in support thereof.

Dear Honorable Judge Ashley M. Chan, I pray you to consider my plea to disallow any claim from the Delaware County Tax Claim Bureau.

Reasons shown below;

1. In May, 2016, David Adenaike filed for chapter 13 Bankrupcy. All the previous Taxes owed to Delaware County Tax Claim Bureau were included in the original plan. The Taxes include 2014, 2015, and 2016 respectively.

2. David Adenaike will work with the Delaware County Tax Bureau with a payment arraignment; a plan outside the Bankruptcy Court. This payment plan will include the 2017 Real Estate and County taxes.

3. David Adenaike ("Debtor") respectfully objects to any additional claim. Upon final hearing of this Motion:

Any other Motion to the confirmation hearing be disallowed.

Very Truly yours,

David Adenaike