*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Disallow Motion for Relief from Automatic Stay and any Claims filed by Delaware County Tax Claim Bureau

Filed by Debtor David Adenaike

    on: 7/17/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/12/18

Timothy B. McGrath
Clerk of Court

197 – 196
Form 167