United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David Adenaike  
    Debtor

Case No. 16-13307-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Jun 12, 2018  
                       Form ID: 167    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
```
cr             +Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317-9752
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13767263       +Delaware County Tax Claim Bureau,    c/o STEPHEN VINCENT BOTTIGLIERI,    230 N. Monroe Street,
                 Media, PA 19063-2908
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              E-mail/Text: adekmoss@gmail.com Jun 13 2018 01:51:20      David Adenaike,    1036 Pine Street,
                 Darby, PA 19023-2026
cr              E-mail/Text: megan.harper@phila.gov Jun 13 2018 01:51:02      City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA   19102
13913238       +E-mail/Text: duffyk@co.delaware.pa.us Jun 13 2018 01:51:13      Delaware County Tax Claim Bureau,
                 Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
                                                                                              TOTAL: 3
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
           bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,    nharrison@klehr.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
           steve@bottiglierilaw.com,    ecfnotice@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Disallow Motion for Relief from Automatic Stay and any Claims filed by Delaware County Tax Claim Bureau

Filed by Debtor David Adenaike

    on: 7/17/18

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/12/18

Timothy B. McGrath
Clerk of Court

197 – 196
Form 167