United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Adenaike
    Debtor

Case No. 16-13307-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Jun 25, 2018
                Form ID: 167    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db        +E-mail/Text: adekmoss@gmail.com Jun 26 2018 02:16:29     David Adenaike,   1036 Pine Street,
      Darby, PA 19023-2026
                                                                                                    TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:
        ANDREW SPIVACK    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
        BRETT ALAN SOLOMON    on behalf of Creditor   PNC Bank, National Association
         bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
        CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
         cbrennan@klehr.com,   nharrison@klehr.com
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union
         jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
        KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
         karena.blaylock@phila.gov
        STEPHEN VINCENT BOTTIGLIERI    on behalf of   Delaware County Tax Claim Bureau
         steve@bottiglierilaw.com,   ecfnotice@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                 TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Disallow
Motion to Dismiss Case by Trustee William C. Miller

Filed by Debtor David Adenaike

    on: 7/17/18

    at: 10:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/25/18

Timothy B. McGrath
Clerk of Court

200 – 199
Form 167