# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Delaware County Tax Claim Bureau

                                                    CHAPTER 13

                                    <u>Movant</u>

            v.s

David Adenaike

                                    <u>Debtor</u>                NO    16-13307-amc



**HONORABLE UNITED STATES BANKRUPTY JUDGE:**

**David Adenaike** ("Debtor"). David Adenaike fully consented to the stipulation for resolving the motion of relief by the Delaware County Tax Claim Bureau regarding property known as 6853 Radbourne Road and 1036 pine Street both in Pennsylvania

                        Very Truly yours,

                        David Adenaike