# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      DAVID ADENAIKE,      : Chapter 13
                Debtor      : Case No. 16-13307-amc

## ORDER

AND NOW, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 1036 Pine Street, Darby, Delaware County, Pennsylvania bearing Folio Number 14-00-02541-00, is hereby **APPROVED**.

BY THE COURT:

Dated: **July 24, 2018**

ASHELY M. CHAN,
UNITED STATES. BANKRUPTCY JUDGE