## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   DAVID ADENAIKE,           : Chapter 13
                   Debtor           : Case No. 16-13307-amc

### ORDER

**AND NOW**, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 6853 Radbourne Road, Upper Darby, Delaware County, Pennsylvania bearing Folio Number 16-01-01324-00, is hereby **APPROVED**.

BY THE COURT:

Dated: **July 24, 2018**          _____
ASHELY M. CHAN,
UNITED STATES. BANKRUPTCY JUDGE