United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13307-amc
David Adenaike                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John              Page 1 of 1              Date Rcvd: Jul 24, 2018
                         Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
cr             +Franklin Mint Federal Credit Union,   5 Hillman Drive, Suite 100,   Chadds Ford, PA 19317-9752
cr             +WELLS FARGO BANK, N.A.,   P.O. Box 29482,   Phoenix, AZ 85038-9482
13767263       +Delaware County Tax Claim Bureau,   c/o STEPHEN VINCENT BOTTIGLIERI,   230 N. Monroe Street,
                 Media, PA 19063-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: adekmoss@gmail.com Jul 25 2018 02:17:13    David Adenaike,   1036 Pine Street,
                 Darby, PA 19023-2026
smg             E-mail/Text: megan.harper@phila.gov Jul 25 2018 02:17:00    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 25 2018 02:16:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 25 2018 02:16:58    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 25 2018 02:17:00    City of Philadelphia,
                 Law Department,   c/o Megan N. Harper,   1401 JFK Blvd. Room 580,   Philadelphia, PA  19102
NONE           +E-mail/Text: duffyk@co.delaware.pa.us Jul 25 2018 02:17:07    Delaware County Tax Claim Bureau,
                 Government Center,   201 W. Front Street,   Media, PA 19063-2708
13913238       +E-mail/Text: duffyk@co.delaware.pa.us Jul 25 2018 02:17:07    Delaware County Tax Claim Bureau,
                 Government Center Building,   201 W. Front Street,   Media, PA 19063-2708
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
           bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com,   nharrison@klehr.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
           steve@bottiglierilaw.com,   ecfnotice@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DAVID ADENAIKE,    : Chapter 13
              Debtor         : Case No. 16-13307-amc

### ORDER

**AND NOW**, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 6853 Radbourne Road, Upper Darby, Delaware County, Pennsylvania bearing Folio Number 16-01-01324-00, is hereby **APPROVED**.

BY THE COURT:

Dated: **July 24, 2018**    _____
**ASHELY M. CHAN,**
**UNITED STATES. BANKRUPTCY JUDGE**