*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16−13307−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement
filed by Philadelphia Federal Credit Union
represented by JASON BRETT SCHWARTZ (counsel)

and

Motion filed by Debtor to Disallow and Object to
Motion for Relief from the Automatic Stay and
any Foreclosure Plan from Philadelphia Credit Union

    on: 3/12/19

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/15/19

Timothy B. McGrath
Clerk of Court

224 − 222, 223
Form 167