United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Adenaike
    Debtor

Case No. 16-13307-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Feb 15, 2019
Form ID: 167     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2019.
```
cr              +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13744033        +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13744538        +Philadelphia Federal Credit Union,    c/o JASON BRETT SCHWARTZ,    Mester & Schwartz, P.C.,
                  1333 Race Street,    Philadelphia, PA 19107-1556
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              +E-mail/Text: adekmoss@gmail.com Feb 16 2019 02:49:25     David Adenaike,    1036 Pine Street,
                  Darby, PA 19023-2000
cr               E-mail/Text: megan.harper@phila.gov Feb 16 2019 02:48:39     City of Philadelphia,
                  Law Department,   c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr               E-mail/Text: creditsolutiongroup@fmfcu.org Feb 16 2019 02:46:52
                  Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA  19317
                                                                                               TOTAL: 3
```

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2019 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    nharrison@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              STEPHEN VINCENT BOTTIGLIERI    on behalf of    Delaware County Tax Claim Bureau
               steve@bottiglierilaw.com,    ecfnotices@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16−13307−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement
filed by Philadelphia Federal Credit Union
represented by JASON BRETT SCHWARTZ (counsel)

and

Motion filed by Debtor to Disallow and Object to
Motion for Relief from the Automatic Stay and
any Foreclosure Plan from Philadelphia Credit Union

    on: 3/12/19

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  2/15/19

Timothy B. McGrath
Clerk of Court

224 − 222, 223
Form 167