IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DAVID ADENAIKE, | Case No. 16-13307 (AMC) |
| Debtor | |

## CONSENT ORDER

AND NOW, this ____ day of _____, 20___, it is hereby ORDERED that:

1. The automatic stay pursuant to 11 U.S.C. § 362(a) is hereby terminated as to Franklin Mint Federal Credit Union ("FMFCU"). FMFCU may commence or continue any judicial, administrative, or other action or proceeding against David Adenaike with respect to the real properties located at (i) 2523 S. 69th Street, Philadelphia, Pennsylvania 19143; (ii) 7431 Elmwood Avenue, Philadelphia, Pennsylvania 19153; (iii) 6129 Harley Street, Philadelphia, Pennsylvania 19142; and (iv) 6140 Vine Street, Philadelphia, Pennsylvania 19139.

2. The parties, by and through their undersigned counsel, hereby consent to the form, entry and substance of this Consent Order.

AGREED TO IN ADVANCE:

BILLION LAW

By: _____
Mark M. Billion, Esquire
922 New Road, Suite 2
Wilmington, DE 19805
Telephone: (302) 428-9400

*Counsel to David Adenaike*

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By: _____
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint Federal Credit Union*

1

PHIL1 5776672v.1

SO ORDERED:

_____
HON. ASHELY M. CHAN
United States Bankruptcy Judge

PHIL1 5776672v.1