```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                              Case No. 16-13307-amc
David Adenaike                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: Apr 22, 2019
                              Form ID: pdf900         Total Noticed: 10

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
cr              +WELLS FARGO BANK, N.A.,    P.O. Box 29482,   Phoenix, AZ 85038-9482
13724616        +PNC BANK,    2730 LIBERTY AV,   PITTSBURGH, PA 15265-0001
13802289        +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db              +E-mail/Text: adekmoss@gmail.com Apr 23 2019 02:21:47      David Adenaike,   1036 Pine Street,
                 Darby, PA 19023-2000
smg              E-mail/Text: megan.harper@phila.gov Apr 23 2019 02:21:35      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2019 02:21:19
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 23 2019 02:21:31      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Apr 23 2019 02:21:34      City of Philadelphia,
                 Law Department,   c/o Megan N. Harper,   1401 JFK Blvd. Room 580,   Philadelphia, PA  19102
cr              +E-mail/Text: duffyk@co.delaware.pa.us Apr 23 2019 02:21:40      Delaware County Tax Claim Bureau,
                 Government Center,   201 W. Front Street,   Media, PA 19063-2708
cr               E-mail/Text: creditsolutiongroup@fmfcu.org Apr 23 2019 02:21:09
                 Franklin Mint Federal Credit Union,   5 Hillman Drive, Suite 100,   Chadds Ford, PA  19317
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13724617*       +PNC BANK,    2730 LIBERTY AV,   PITTSBURGH, PA 15265-0001
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    nharrison@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 16-13307-AMC |
| DAVID ADENAIKE, | : | Chapter 13 |
| Debtor(s). | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | Related to Doc. No. 48 |
| Movant, | : | |
| v. | : | |
| DAVID ADENAIKE, | : | |
| Respondent(s). | : | |

**ORDER RESTRICTING PUBLIC ACCESS**

AND NOW, this  22nd  day of  April                  , 2019, upon consideration of the Motion to Redact and Request to Restrict Public Access filed by PNC Bank, National Association, the Court hereby ORDERS, ADJUDGES, and DECREES that the Motion is **GRANTED**, and public access to Exhibits A and B of Doc. No. 48 shall be restricted.

ASHELY M. CHAN
United States Bankruptcy Judge