United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13307-amc
David Adenaike                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Apr 25, 2019
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
        +Mark M. Billion, Esq.,   922 New Rd., Ste. 2,   Wilmington, DE 19805-5199

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: adekmoss@gmail.com Apr 26 2019 02:38:43     David Adenaike,   1036 Pine Street,
        Darby, PA 19023-2000
                                                                                                              TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
        BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
         bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
         cbrennan@klehr.com,   nharrison@klehr.com
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
         jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
        JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
         jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
         laltieri@toscanigillin.com
        MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
         karena.blaylock@phila.gov
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DAVID ADENAIKE, | Case No. 16-13307 (AMC) |
| Debtor | |

## CONSENT ORDER

AND NOW, this ____ day of _____, 20___, it is hereby ORDERED that:

1. The automatic stay pursuant to 11 U.S.C. § 362(a) is hereby terminated as to Franklin Mint Federal Credit Union ("FMFCU"). FMFCU may commence or continue any judicial, administrative, or other action or proceeding against David Adenaike with respect to the real properties located at (i) 2523 S. 69th Street, Philadelphia, Pennsylvania 19143; (ii) 7431 Elmwood Avenue, Philadelphia, Pennsylvania 19153; (iii) 6129 Harley Street, Philadelphia, Pennsylvania 19142; and (iv) 6140 Vine Street, Philadelphia, Pennsylvania 19139.

2. The parties, by and through their undersigned counsel, hereby consent to the form, entry and substance of this Consent Order.

AGREED TO IN ADVANCE:

BILLION LAW

By: _____
Mark M. Billion, Esquire
922 New Road, Suite 2
Wilmington, DE 19805
Telephone: (302) 428-9400

*Counsel to David Adenaike*

KLEHR | HARRISON | HARVEY |
BRANZBURG LLP

By: _____
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

*Counsel to Franklin Mint
Federal Credit Union*

1

PHIL1 5776672v.1

SO ORDERED:

**Date: April 25, 2019**

HON. ASHELY M. CHAN
United States Bankruptcy Judge