IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Franklin Mint Federal Credit Union | CHAPTER 13 |
| Movant | |
| v.s | |
| David Adenaike | |
| Debtor         NO   16-13307-amc | |
| | |
| David Adenaike | |
| Debtor 11 U.S.C. Section 362 | |
| William C. Miller Esq. | |
| Trustee | |

FILED MAY - 7 2019 TIMOTHY McGRATH, CLERK BY _____ DEP. CLERK

**OBJECTION TO MOTION TO LIFT AUTHOMATIC STAY**

**HONORABLE UNITED STATES BANKRUPTY JUDGE:**

**David Adenaike** ("Debtor").David Adenaike is filling Motion to object to Franklin Mint Federal Credit Union to Relief from the Automatic Stay ("Motion"), and in support thereof.

Dear Honorable Judge Ashley M. Chan, I pray you to consider my plea to object any claim from the Franklin Mint Federal Credit Union.

Reasons shown below;

1. The Council/Lawyer to Franklin Mint Federal Credit Union (FMFCU) and her client are working to reconcile my mortgage accounts with the bank. There have been overpayments and

underpayments on my mortgage payment with the bank. They are working to reconcile my accounts to ensure proper credit

**2.** David Adenaike have been making monthly payment while the reconciliation is ongoing. David Adenaike. will continue to make monthly mortgage payment. I have never miss a mortgage payment this year 2019. Aforementioned, I will continue to make mortgage payments.

**3.** David Adenaike ("Debtor") respectfully oppose to the automatic stay termination.


Very Truly Yours,

*[signature]*

David Adenaike