**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : Chapter 13 |
| David Adenaike | : |
| | : Bankruptcy No. 16-13307AMC |
| Debtor. | : |

## ORDER

**AND NOW,** this 11th day of June 2019, upon consideration of the Objection to Motion to Lift the Automatic Stay ("Objection") and the response filed thereto, the Objection is **DENIED** for the reasons stated in open Court.

_____
Ashely M. Chan
United States Bankruptcy Judge