# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 16-13307-AMC

DAVID ADENAIKE

1036 PINE STREET

DARBY, PA 19023

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    DAVID ADENAIKE

    1036 PINE STREET

    DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, *  *

                                          /S/ William C. Miller

Date: 6/27/2019                                  _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee