### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVID ADENAIKE, | ) | |
| | ) | |
| Debtor | ) | CASE NO.: 16-13307-amc |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| PHILADELPHIA FEDERAL CREDIT UNION, | ) ) | |
| Movant | ) | **LOCATION** |
| vs. | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| DAVID ADENAIKE, | ) | Courtroom # 4 |
| | ) | 900 Market Street |
| Respondent | ) | Philadelphia, PA 19107 |
| and | ) | |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

### ORDER

AND NOW, this        day of                            , 2019, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.   The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in foreclosure and is hereby permitted to levy and sell the real property at issue (1036 Pine Street, Darby, PA) and to pursue its in rem remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Date: July 12, 2019**

Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

David Adenaike
1036 Pine Street
Darby, PA 19023

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107