IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William C. Miller, | |
| | CHAPTER 13 |
| Movant | |
| v.s | |
| David Adenaike | |
| Debtor        NO   16-13307-amc | FILED JUL 1 1 2019 TIMOTHY McGRATH, CLERK BY _____ DEP. CLERK |
| David Adenaike | |
| Debtor 11 U.S.C. Section 362 | |
| William C. Miller Esq. | |
| Trustee | |

## MOTION TO DISALLOW.

### HONORABLE UNITED STATES BANKRUPTY JUDGE:

**David Adenaike**("Debtor").David Adenaike is filling Motion to object to William C. Miller, Esquire, Chapter 13 standing Trustee Motion to dismiss the above bankruptcy case.

Dear Honorable Judge Ashley M. Chan, I pray you to consider my plea to disallow claim to dismiss this bankruptcy case.

Reasons shown below;

**1.** David Adenaike   I have been making monthly payment as agreed, although, I have not been able to making a full monthly payment as agreed for the past 3 months now. I try to schedule a meeting to speak with Mr. Miller to discuss the issues surrounding my inability to make a full monthly payment but was to no avail.

**2.** David Adenaike is willing to talk with Mr. Miller one on one whenever Mr. Miller is available to speak with David Adenaike.

3. David Adenaike will continue to make payment monthly as much as possible.

4. David Adenaike ("Debtor") respectfully objects to Motion for Dismissal. Upon final hearing of this Motion:

Very Truly yours,

*[signature]*

David Adenaike