United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13307-amc
David Adenaike                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John                Page 1 of 1              Date Rcvd: Jul 12, 2019
                            Form ID: pdf900           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
cr              +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13724635        +PHILA FCU,    12800 WEST TOWNSEND,    PHILADELPHIA, PA 19154-1003
13744033        +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13744538        +Philadelphia Federal Credit Union,    c/o JASON BRETT SCHWARTZ,    Mester & Schwartz, P.C.,
                  1333 Race Street,    Philadelphia, PA 19107-1556
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              +E-mail/Text: adekmoss@gmail.com Jul 13 2019 03:13:26     David Adenaike,    1036 Pine Street,
                  Darby, PA 19023-2000
smg              E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:50     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2019 03:11:56
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2019 03:12:33     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:50     City of Philadelphia,
                  Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr              +E-mail/Text: duffyk@co.delaware.pa.us Jul 13 2019 03:13:11     Delaware County Tax Claim Bureau,
                  Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr               E-mail/Text: creditsolutiongroup@fmfcu.org Jul 13 2019 03:11:17
                  Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA  19317
                                                                                                TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

___

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:
```
          ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          BRETT ALAN  SOLOMON    on behalf of Creditor    PNC Bank, National Association
           bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
          CORINNE SAMLER  BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
           cbrennan@klehr.com, swenitsky@klehr.com
          JACK K.  MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JASON BRETT  SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JILLIAN NOLAN  SNIDER    on behalf of Creditor    PNC Bank, National Association
           jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
          KEVIN G.  MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          LEONARD B.  ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MEGAN N.  HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C.  MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C.  MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 12
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVID ADENAIKE, | ) | |
| | ) | |
| Debtor | ) | CASE NO.: 16-13307-amc |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| PHILADELPHIA FEDERAL CREDIT UNION, | ) ) | |
| Movant | ) | **LOCATION** |
| vs. | ) | U.S. Bankruptcy Court |
| | ) | Eastern District of Pennsylvania |
| DAVID ADENAIKE, | ) | Courtroom # 4 |
| | ) | 900 Market Street |
| Respondent | ) | Philadelphia, PA 19107 |
| and | ) | |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

### **ORDER**

AND NOW, this       day of                                , 2019, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in foreclosure and is hereby permitted to levy and sell the real property at issue (1036 Pine Street, Darby, PA) and to pursue its in rem remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

**Date: July 12, 2019**

Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

David Adenaike
1036 Pine Street
Darby, PA 19023

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107