IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| David Adenaike<br><br>Debtor<br><br>No   16-13307<br><br>Movant<br><br>v.s<br><br>William C. Miller, Esquire standing trustee | FILED<br>JUL 1 8 2019<br>TIMOTHY McGRATH, CLERK<br>BY _____ DEP. CLERK<br><br>CHAPTER 13 |

MOTION FOR APPROVAL TO SELL PROPERTIES

HONORABLE UNITED STATES BANKRUPTY JUDGE:

   **David Adenaike** is filling Motion to speak with Jack Miller. William C. Miller, Esquire, Chapter 13 standing trustee's Motion to discuss selling TWO of my properties.

   The title company wants a letter from the court before the settlement. It is very important I schedule an appointment to meet with Trustee, Jack Miller.

Very Truly yours,<br><br>David Adenaike