IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

David Adenaike

Debtor

No   16-13307

Movant

v.s

William C. Miller, Esquire standing trustee

CHAPTER 13

MOTION FOR APPROVAL TO SELL PROPERTIES

HONORABLE UNITED STATES BANKRUPTY JUDGE

**David Adenaike** is filling Motion to sell 2 of my properties.

The title company wants a letter from the court before the settlement. It is very important to sell these properties so that I will be able to pay my bankruptcy payment agreements.

Dear Honorable Judge Ashley M. Chan, I pray that you consider my plea to sell these properties inoder to be able to make payments.

FILED
JUL 3 0 2019
BY TIMOTHY McGRATH, CLERK
DEP. CLERK

Very Truly yours,

David Adenaike