LOCAL BANKRUPTCY FORM 9014-3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :  Chapter 13
    David Adenaike
       Debtor  :  Bankruptcy No. 16-13307-amc

\* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Pro Se Debtor  David Adenaike has filed two Motions with the court
for Approval to Sell Properties.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motions or if you want the court to consider your views on the motions, then on or before August 19, 2019, you or your attorney must do <u>all</u> of the following:

    (a) file an answer explaining your position at

        United States Bankruptcy Court,  Robert N.C. Nix Building,
        900 Market Street,  Suite 400,  Philadelphia, PA.  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant:

        David Adenaike
        1036  Pine Street
        Darby,  PA 19023

LBF 9014-3 - 2/1/99
Page 2

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motions.

3.  A hearing on the motions is scheduled to be held before the Honorable Ashely M. Chan on August 20, 2019, at 11:00 AM in Courtroom #4, United States Bankruptcy Court, Robert N. C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4.  If copies of the motions are not enclosed, a copy of the motion will be provided to you if you request a copy.

5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 6, 2019