United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13307-amc
David Adenaike                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 3             Date Rcvd: Aug 06, 2019
                              Form ID: pdf900           Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
```
cr              +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
13724647         AMEX,    P O BOX 7871,    FORT LAUDERDALE, FL 33329
13724637        +BANKAMERICA,    POB 1597,    NORFOLK, VA 23501-1597
13724622        +CHASE,    P.O. BOX 15298,    WILMINGTON, DE 19850-5298
13724623        +CITI CARDS CBSDNA,    POB 6241,    SIOUX FALLS, SD 57117-6241
13724642        +DEPTEDNELNET,    Not Available,    NA, NA NA,   FIN RECOVERY,    200 EAST PARK DRIVE SUITE 100,
                  MOUNT LAUREL, NJ 08054-1297
14280614        +Delaware County Tax Claim Bureau,    c/o LEONARD B. ALTIERI, III,    230 N. Monroe Street,
                  Media, PA 19063-2908
13767263        +Delaware County Tax Claim Bureau,    c/o STEPHEN VINCENT BOTTIGLIERI,    230 N. Monroe Street,
                  Media, PA 19063-2908
13819975         Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                  Carol Stream, IL  60197-5008
13761258         ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13724620        +ELAN FIN SER,    CB DISPUTES PO BOX 108,    SAINT LOUIS, MO 63166-0108
13789676        +Emergency Physician Associates of Delaw,    6681 Country Club Drive,
                  Golden Valley Mn 55427-4601
13724632        +FIA CS,    PO BOX 982238,    EL PASO, TX 79998-2238
13782678        +Franklin Mint Federal Credit Union,    c/o CORINNE SAMLER BRENNAN,
                  Klehr Harrison Harvey Branzburg LLP,    1835 Market Street, Suite 1400,
                  Philadelphia, PA 19103-2945
13724618        +GLHEC,    PO BOX 7859,    MADISON, WI 53707-7859
14061985        +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty to Toyota Motor Credit Corp,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13724639        +MBNA AMERICA,    PO BOX 17054,    WILMINGTON, DE 19850-7054
14348675        +NEW CASTLE COUNTY,    GOVERNMENT CENTER-OFFICE OF LAW,    87 READS WAY,
                  NEW CASTLE, DE 19720-1648
13724649        +NSTAR/GLELSI,    2401 INTERNATIONAL POB 7859,    MADISON, WI 53707-7859
13724635        +PHILA FCU,    12800 WEST TOWNSEND,    PHILADELPHIA, PA 19154-1003
13724629        +PHILA PARKNG,    POB 41819,    PHILADELPHIA, PA 19101-1819
13724616        +PNC BANK,    2730 LIBERTY AV,    PITTSBURGH, PA 15265-0001
13802289        +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13744033        +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
13744538        +Philadelphia Federal Credit Union,    c/o JASON BRETT SCHWARTZ,    Mester & Schwartz, P.C.,
                  1333 Race Street,    Philadelphia, PA 19107-1556
13724640        +RSHK/CBUSA,    P O BOX 8189,    JOHNSON CITY, TN 37615-0189
13724621        +TOYOTA MTR,    TWO WALNUT GROOVE DR #210,    HORSHAM, PA 19044-7704
13751886        +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, TX 75001-9013
13818334         U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                  St. Louis, MO 63166-0108
13809827         U.S. DEPARTMENT OF EDUCATION,    PO BOX 16448,    ST. PAUL, MN 55116-0448
13724633        +VALLEY LSI,    747 CHESTNUT RIDGE ROAD,    SPRING VALLEY, NY 10977,    PHILA FCU,
                  12800 WEST TOWNSEND,    PHILADELPHIA, PA 19154-1003
13724627        +WELLS FARGO,    CREDIT BUREAU DISPUTE RESOLUTI,    PO BOX 14517,    DES MOINES, IA 50306-3517
13823623         Wells Fargo Bank, N.A.,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
13822068         Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                  Des Moines, IA 50306-0438
13750322        +Wells Fargo Bank, N.A.,    Business Direct Division,    P.O. Box 29482,    Phoenix, AZ 85038-9482
14043812        +Wells Fargo Payment Remittance Center,    PO Box 51174,    Los Angeles, CA 90051-5474
13724630        +wach ed fin,    po box 3117,    WINSTON SALEM, NC 27102-3117
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db              +E-mail/Text: adekmoss@gmail.com Aug 07 2019 03:27:17     David Adenaike,    1036 Pine Street,
                  Darby, PA 19023-2000
smg              E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:07     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2019 03:26:54
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2019 03:27:02     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:07     City of Philadelphia,
                  Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr              +E-mail/Text: duffyk@co.delaware.pa.us Aug 07 2019 03:27:13     Delaware County Tax Claim Bureau,
                  Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr               E-mail/Text: creditsolutiongroup@fmfcu.org Aug 07 2019 03:25:35
                  Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA  19317
13724626        +E-mail/Text: EBNProcessing@afni.com Aug 07 2019 03:27:00     AFNI,    PO BOX 3097,
                  BLOOMINGTON, IL 61702-3097
13795189         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2019 03:31:15
                  American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                  Oklahoma City, OK  73124-8838
```

```
District/off: 0313-2          User: John                 Page 2 of 3                   Date Rcvd: Aug 06, 2019
                              Form ID: pdf900            Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13724636      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 07 2019 03:31:12      CAPITAL ONE,
               PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
14128250      +E-mail/Text: megan.harper@phila.gov Aug 07 2019 03:27:07
               CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP, MSB,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13913238      +E-mail/Text: duffyk@co.delaware.pa.us Aug 07 2019 03:27:13      Delaware County Tax Claim Bureau,
               Government Center Building,    201 W. Front Street,    Media, PA 19063-2708
13733476       E-mail/Text: mrdiscen@discover.com Aug 07 2019 03:26:43      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13761258       E-mail/Text: ECMCBKNotices@ecmc.org Aug 07 2019 03:26:48      ECMC,   PO BOX 16408,
               ST. PAUL, MN 55116-0408
13724650      +E-mail/Text: cio.bncmail@irs.gov Aug 07 2019 03:26:46      IRS,   PO BOX 7346,
               Philadelphia, PA,    PHILADELPHIA, PA 19101-7346
13777769       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2019 03:30:32
               LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13785251       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 07 2019 03:29:48
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13725705       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2019 03:26:54
               Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
               Harrisburg P A 17128-0946
13795638      +E-mail/Text: bankruptcy@philapark.org Aug 07 2019 03:27:14      Philadelphia Parking Authority,
               701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13809827       E-mail/Text: EDBKNotices@ecmc.org Aug 07 2019 03:25:37      U.S. DEPARTMENT OF EDUCATION,
               PO BOX 16448,    ST. PAUL, MN 55116-0448
13724628      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 07 2019 03:25:36
               VERIZON,    500 TECHNOLOGY DR SUITE 300,    SAINT CHARLES, MO 63304-2225
                                                                                               TOTAL: 21

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13724641       DEPTEDNELNET,    Not Available,    NA, NA NA
13724643       DEPTEDNELNET,    Not Available,    NA, NA NA
13724645       DEPTEDNELNET,    Not Available,    NA, NA NA
13724646       SYNCB/CARECR,    C/O PO BOX 965036,    NA, NA NA
13724648*     +BANKAMERICA,    POB 1597,    NORFOLK, VA 23501-1597
13724638*     +FIA CS,    PO BOX 982238,    EL PASO, TX 79998-2238
13724619*     +GLHEC,    PO BOX 7859,    MADISON, WI 53707-7859
13724644*     +PHILA PARKNG,    POB 41819,    PHILADELPHIA, PA 19101-1819
13724617*     +PNC BANK,    2730 LIBERTY AV,    PITTSBURGH, PA 15265-0001
13724631*     +TOYOTA MTR,    TWO WALNUT GROVE DR #210,    HORSHAM, PA 19044-7704
13724634*     +wach ed fin,    po box 3117,    WINSTON SALEM, NC 27102-3117
13724625     ##+COLLECTION,    287 INDEPENDENCE,    VIRGINIA BEACH, VA 23462-2962
13724624     ##+DISCOVER FINANCIAL SERVI,    POB 15316,    WILMINGTON, DE 19850,    COLLECTION,    287 INDEPENDENCE,
               VIRGINIA BEACH, VA 23462-2962
                                                                                               TOTALS: 4, * 7, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2019 at the address(es) listed below:
          ANDREW   SPIVACK    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
          BRETT ALAN SOLOMON    on behalf of Creditor   PNC Bank, National Association
           bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com
```

```
District/off: 0313-2                  User: John                    Page 3 of 3                   Date Rcvd: Aug 06, 2019
                                      Form ID: pdf900               Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

  CORINNE SAMLER BRENNAN  on behalf of Creditor  Franklin Mint Federal Credit Union
   cbrennan@klehr.com, swenitsky@klehr.com
  JACK K. MILLER  on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
   ecfemails@ph13trustee.com
  JASON BRETT SCHWARTZ  on behalf of Creditor  Philadelphia Federal Credit Union
   jschwartz@mesterschwartz.com
  JILLIAN NOLAN SNIDER  on behalf of Creditor  PNC Bank, National Association
   jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
  KEVIN G. MCDONALD  on behalf of Creditor  Toyota Motor Credit Corporation
   bkgroup@kmllawgroup.com
  LEONARD B. ALTIERI, III  on behalf of Creditor  Delaware County Tax Claim Bureau
   laltieri@toscanigillin.com
  MEGAN N. HARPER  on behalf of Creditor  City of Philadelphia megan.harper@phila.gov,
   karena.blaylock@phila.gov
  United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
  WILLIAM C. MILLER, Esq.  on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
   philaecf@gmail.com
  WILLIAM C. MILLER, Esq.  ecfemails@ph13trustee.com, philaecf@gmail.com

                                            TOTAL: 12

LOCAL BANKRUPTCY FORM 9014-3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :        Chapter 13
   David Adenaike
       Debtor                    :        Bankruptcy No. 16-13307-amc

\* \* \* \* \* \* \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

Pro Se Debtor  David Adenaike has filed two Motions with the court
for Approval to Sell Properties.

**<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motions or if you want the court to consider your views on the motions, then on or before August 19, 2019, you or your attorney must do <u>all</u> of the following:

    (a)  file an answer explaining your position at

      United States Bankruptcy Court,  Robert N.C. Nix Building,
    900 Market Street,  Suite 400,  Philadelphia, PA.  19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant:

    David Adenaike
    1036  Pine Street
    Darby,  PA 19023

LBF 9014-3 - 2/1/99
Page 2

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motions.

3. A hearing on the motions is scheduled to be held before the Honorable Ashely M. Chan on August 20, 2019, at 11:00 AM in Courtroom #4, United States Bankruptcy Court, Robert N. C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA l9l07.

4. If copies of the motions are not enclosed, a copy of the motion will be provided to you if you request a copy.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: August 6, 2019