**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| DAVID ADENAIKE, | : | Case No. 16-13307 (AMC) |
|  | : |  |
| Debtor | : |  |

**CERTIFICATE OF SERVICE FOR THE
OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION
TO DEBTOR'S MOTION FOR APPROVAL TO SELL PROPERTIES**

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Objection of Franklin Mint Federal Credit Union to Debtor's Motion for Approval to Sell Properties to be served on the 14th day of August, 2019 upon the following parties in interest via U.S. Mail or the CM/ECF System of the Bankruptcy Court:

<u>Via U.S. Mail</u>
David Adenaike
1036 Pine Street
Darby, PA 19023

<u>Via CM/ECF</u>
Stephen Vincent Bottiglieri, Esquire
sbottiglieri@gillinlawoffice.com
ecfnotice@comcast.net

Joseph Patrick Schalk, Esquire
paeb@fedphe.com

Jason Brett Schwartz, Esquire
jschwartz@mesterschwartz.com
jottinger@mesterschwartz.com

Brett Alan Solomon, Esquire
bsolomon@tuckerlaw.com
agilbert@tuckerlaw.com

1

William C. Miller
ecfemails@ph13trustee.com
philaecf@gmail.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                            KLEHR | HARRISON | HARVEY|
                            BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
           Corinne Samler Brennan, Esquire
           1835 Market Street, Suite 1400
           Philadelphia, PA 19103
           Telephone: (215) 569-3393