IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHAPTER 13

David Adenaike

  Movant                 NO   16-13307-amc

v.s

Franklin Mint Federal Credit Union

David Adenaike

<u>Debtor</u> 11 U.S.C. Section 362

William C. Miller Esq.

<u>Trustee</u>

FILED
AUG 19 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

**OBJECTION TO FMFCU NOT TO ALLOW THE PROPERTIES TO BE SOLD**

**HONORABLE UNITED STATES BANKRUPTY JUDGE:**

    **David Adenaike**("Debtor").David Adenaike is filling Motion to object to Federal Mint Credit Union with motoin not to allow these properties to be sold

    Dear Honorable Judge Ashley M. Chan, I pray you to consider my plea to object to any claim to stop the Federal Mint Credit Union objecting to selling my properties.

    Reasons shown below;

1. David Adenaike, received a letter from the Council to Federal Mint Credit Union. Dated August 16, 2019. Objecting me to sell these two properties. I vehemently object to FMFCU motion to stop the approval.

    **2. I have 3 Exhibits to show that the selling of these two properties is legitimate and in accordance to the law. And to allow me incurred my arrears.**

**#1 Exhibit.** David Adenaike have a buyer represented by a realtor with a Pennsylvania real estate license, and the purchase agreement was signed by both seller, David Adenaike, and the buyer.

**#2. Exhibit. I went to the FMFCU/STATE FINANCIAL SERVICES, main office last month July 5th, 2019 to obtain the pay off balance.**

3. The first property is 6140 vine street Philadelphia.19139. The purchase price is **$85,000**. The loan pay off balance on this property as of July, 2019 is **$29,410.**

The second property is 7431 Elmwood Ave, Philadelphia. 19153. The purchase price is **$80,000**. And the loan pay off balance on this property as of July, 2019 is **$15,715**

4. **#3. Exhibit.** The Title Company, (First America Title Insurance Company). The Insurance Company have conducted search on these two properties, and they have all the information needed to settle, and all the Tittle Company wanted is an Approval from the court.

Your Honor, everybody knows that a TITLE COMPANY will not settle unless the loan and other debts have been deducted from the selling price.

5. David Adenaike ("Debtor") respectfully objects to Motion by ("FMFCU") to stop the sale of these two properties. Upon final hearing of this Motion:

Very Truly yours,

David Adenaike