B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   David Adenaike                                     Case No.   16-13307
Debtor(s)                                                  Chapter    13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                     $           0.00
   Prior to the filing of this statement I have received           $           0.00
   Balance Due                                                     $           0.00

2. $ 310.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
      All legal work to be charged at $200.00 per hour

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   All legal work to be charged at $200.00 per hour

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. A. The following services are included among basic bankruptcy services for which the flat rate fee disclosed in paragraph 1 was charged:

None

B. The additional or supplemental services not covered by the flat rate basic bankruptcy fee for which the Attorney(s) may charge an additional fee not to exceed $200.00 per hour include:

All legal services

---

August 26, 2019                                    /s/ Roger V. Ashodian
*Date*                                             Roger V. Ashodian 42586
                                                   *Signature of Attorney*
                                                   Regional Bankruptcy Center of Southeastern PA, P.C.
                                                   101 West Chester Pike
                                                   Suite 1A
                                                   Havertown, PA 19083
                                                   610-446-6800  Fax:
                                                   *Name of law firm*