**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| DAVID ADENAIKE, | ) | |
| | ) | |
| Debtor | ) | CASE NO. 16-13307-AMC |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |

**PRAECIPE TO WITHDRAW RESPONSE TO MOTION FOR APPROVAL**
**TO SELL PROPERTIES**

TO THE CLERK:

Kindly withdraw the Response to Motion for Approval to Sell Properties filed by Philadelphia Federal Credit Union in the above matter.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/     Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for Philadelphia Federal
Credit Union
1333 Race Street
Philadelphia, PA  19107
Attorney No.: 92009
(267) 909-9036

Dated: August 29, 2019