IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 13 |
| DAVID ADENAIKE, | Case No. 16-13307 (AMC) |
| Debtor | |

**CERTIFICATE OF SERVICE FOR THE
OBJECTION OF FRANKLIN MINT FEDERAL CREDIT UNION
TO DEBTOR'S PROPOSED FORM OF ORDER ON AMENDED MOTION TO SELL
PROPERTIES FREE AND CLEAR OF LIENS PURSUANT TO 11 U.S.C. § 363(f)**

I, Corinne Samler Brennan, Esquire, hereby certify that I did cause a true and correct copy of the foregoing Objection of Franklin Mint Federal Credit Union to Debtor's Proposed Form of Order on Amended Motion to Sell Properties Free and Clear of Liens Pursuant to 11 U.S.C. § 363(f) to be served on the 17th day of September, 2019 upon the following parties in interest via U.S. Mail or the CM/ECF System of the Bankruptcy Court:

<u>Via CM/ECF</u>
Roger Ashodian, Esquire
ecf@schollashodian.com

Stephen Vincent Bottiglieri, Esquire
sbottiglieri@gillinlawoffice.com
ecfnotice@comcast.net

Joseph Patrick Schalk, Esquire
paeb@fedphe.com

Jason Brett Schwartz, Esquire
jschwartz@mesterschwartz.com
jottinger@mesterschwartz.com

Brett Alan Solomon, Esquire
bsolomon@tuckerlaw.com
agilbert@tuckerlaw.com

1

William C. Miller
ecfemails@ph13trustee.com
philaecf@gmail.com

Office of the United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

Anthony St. Joseph, Esquire
Anthony.stjoseph@usdoj.gov

Megan Harper, Esquire
Megan.Harper@phila.gov

                        KLEHR | HARRISON | HARVEY|
                        BRANZBURG LLP

By:    */s/Corinne Samler Brennan*
         Corinne Samler Brennan, Esquire
         1835 Market Street, Suite 1400
         Philadelphia, PA 19103
         Telephone: (215) 569-3393

PHIL1 8151862v.1