IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

DAVID ADENAIKE                                  CHAPTER 13

DEBTOR                                          BANKRUPTCY
                                                NO. 16-13307 AMC

FILED
SEP 25 2019
TIMOTHY McGRATH, CLERK
BY ___ DEP CLERK

MOTION TO DISMISS/TERMINATE MY COUNCIL APPOINTMET/SERVICE. AND TO PAY THE CREDITORS AS AGREED ON COURT ON SEPTEMBER 12, 2019.

TO: HONORABLE ASHELY M. CHAN, UNITED STATES BANKRUPTCY JUDGE

I AM TERMINATING THE COUNCIL REPRESENTING ME BECAUSE I AM NOT SATISFY WITH HIS REPRESENTATION.

I AM WILLING TO GIVE THE IRS, THE CITY OF PHILADELPHIA AND THE BANK (FMFCU) THE PROPOSED AMOUNT SET AT THE COURT HEARING

ON SEPTEMBER 13, 2019. THE TOTAL AMOUNT OF ($127,000)

THE TOTAL SUM TO IRS $60,000

THE TOTAL SUM TO CITY OF PHILADELPHIA $10,000

THE TOTAL SUM TO FMFCU $57,000 RESPECTIVELY.

YOUR HONOR I STILL WANT THE SELL TO GO FOWARD BY SEPTEMBER 27, 2019.

THANK YOU FOR GRANTING THE SALE OF THESE PROPERTIES.

VERY TRUELY YOURS

DAVID ADENAIKE