United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13307-amc
David Adenaike                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: BarbaraT          Page 1 of 1          Date Rcvd: Oct 01, 2019
                              Form ID: 167            Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2019.
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: adekmoss@gmail.com Oct 02 2019 03:54:14      David Adenaike,    1036 Pine Street,
                 Darby, PA 19023-2000
cr              E-mail/Text: megan.harper@phila.gov Oct 02 2019 03:53:50      City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr             +E-mail/Text: duffyk@co.delaware.pa.us Oct 02 2019 03:54:05      Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr              E-mail/Text: creditsolutiongroup@fmfcu.org Oct 02 2019 03:53:15
                 Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA  19317
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2019 at the address(es) listed below:
              ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, swenitsky@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              ROGER V. ASHODIAN    on behalf of Debtor David  Adenaike ecf@schollashodian.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

HEARING RE: MOTION TO DISMISS/TERMINATE COUNSEL APPOINTMENT FILED BY DEBTOR

    on: 11/12/19

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/1/19

Timothy B. McGrath
Clerk of Court

284 – 283
Form 167