```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 16-13307-amc
David Adenaike                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                Page 1 of 1                Date Rcvd: Oct 16, 2019
                               Form ID: pdf900           Total Noticed: 8

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: adekmoss@gmail.com Oct 17 2019 03:34:33     David Adenaike,    1036 Pine Street,
                 Darby, PA 19023-2000
smg             E-mail/Text: megan.harper@phila.gov Oct 17 2019 03:34:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2019 03:33:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2019 03:34:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Oct 17 2019 03:34:20     City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA 19102
cr             +E-mail/Text: duffyk@co.delaware.pa.us Oct 17 2019 03:34:26     Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr              E-mail/Text: creditsolutiongroup@fmfcu.org Oct 17 2019 03:33:37
                 Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA 19317
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              ANDREW SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              ANTHONY ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov, mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com, swenitsky@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              ROGER V. ASHODIAN    on behalf of Debtor David Adenaike ecf@schollashodian.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**DAVID ADENAIKE,**                    :    CHAPTER 13
                                       :
**Debtor.**                            :    BANKRUPTCY NO. 16-13307-amc

## ORDER

**AND NOW**, upon consideration of the Debtor's Amended Motion to Sell Properties Free and Clear of Liens Pursuant to 11 U.S.C. §363(f), and any responses thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Pursuant to 11 U.S.C. §363(f)(3), the Debtor is authorized to sell the real properties located at 6140 Vine Street, Philadelphia, PA 19139, and 7431 Elmwood Avenue, Philadelphia, PA 19153 (collectively "the Properties"), free and clear of liens pursuant to 11 U.S.C. §363(f), with all liens to be paid at closing or sufficient funds held by the title agency in escrow for any disputed portion thereof, for the sale prices of $85,000.00 and $80,000.00, respectively, to the Buyer, Jacqueline Cooper.

3. At the closing, the closing agent/title clerk shall pay ordinary and usual settlement costs including those related to transfer taxes, notary services, deed preparation, express shipping, surveys, municipal certifications and any other routine costs.

4. At the closing, the closing agent/title clerk shall pay in full all undisputed secured claims to all such creditors.

5. At the closing, the closing agent/title clerk shall also pay the undisputed portion of any disputed claims to the Department of Treasury – Internal Revenue Service and State Financial Network, LLC, and to any other creditors for which claims are disputed. The amount of the undisputed portion of each such creditor's claim and the

amount to be escrowed are as follows:

| Creditor | Amount to be Disbursed | Escrow Amount |
|---|---|---|
| Internal Revenue Service | $ 46,678.91 | $ 13,874.07 |
| State Financial Network, LLC | $ 40,457.37[1] | $ 12,894.85 |
| City of Philadelphia (Claims 29, 30) | $ 9,262.21 | $ 0.00 |
| City of Philadelphia (Post-Petition) | $ 14,543.92[2] | $ 0.00 |

6. In addition to making the disbursements to secured creditors as set forth in paragraph 5 above, which disbursements are sufficient to pay the balance due under all liens of the City of Philadelphia on the Properties, as those lien amounts are updated as indicated in footnote 1, the closing agent/title clerk shall promptly pay the balance due under all liens of the Internal Revenue Service and State Financial Network, LLC on the Properties necessary to give clear title to the Buyer, as the amounts of such liens are ultimately determined by the Court.

7. All liens not paid in full, or the unpaid portions thereof, shall attach to the remaining proceeds of the sale to the same extent and with the same priority that existed immediately prior to the sale.

8. The closing agent/title clerk shall retain all of the remaining proceeds and hold such proceeds in escrow, or if the closing agent/title clerk prefers not to act as escrow agent, shall tender the funds to counsel for the Debtor to be held in counsel's client trust account, pending further Order of Court.

BY THE COURT:

Date: __October 16, 2019__    _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] Interest at $6.70 per diem will be added to this figure for each day between September 12, 2019, and the date of settlement.

[2] Updated totals will be requested from amountdue@phila.gov and wateramountdue@phla.gov within 10 days of settlement.