# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: | :      Chapter 13 |
|  | : |
| DAVID ADENAIKE | : |
|  | : Bankruptcy Case No. 16-13307-AMC |
|  | : |
| Debtor | : |

## STIPULATION IN SETTLEMENT OF DEBTOR'S OBJECTION (ECF 272) TO IRS' PROOF CLAIM NO.2

The parties to this proceeding hereby stipulate:

1) The amount currently held in escrow pending distribution to the IRS is $13,874.07.

2) Of that sum, the escrow agent, Interstate Abstract, is authorized and directed to promptly disburse $9666.90 of the funds held in escrow to the IRS.

3) The remaining balance of the escrowed funds shall be promptly disbursed to the Debtor.

4) Payment of $9,666.90 by the Debtor to the IRS satisfies the IRS' secured claim and resolves the pending objection (ECF 272).

BY CONSENT:

| | |
|---|---|
| /S/ Roger V. Ashodian | /S/Anthony St. Joseph |
| Regional Bankruptcy Center of | Assistant United States Attorney |
|      Southeastern PA, P.C. | United States Attorney's Office |
| 101 West Chester Pike, Suite 1A | 615 Chestnut Street-Suite 1250 |
| Havertown, PA 19083 | Philadelphia, PA 19106 |
| Attorney for Debtor | Anthony.StJoseph@usdoj.gov |
| | Attorney for IRS |

DATED: January 13, 2020