IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　DAVID ADENAIKE<br><br>　　　　Debtor | : Chapter 13<br>:<br>:<br>: Bankruptcy Case No. 16-13307-AMC<br>:<br>:<br>: |

**ORDER APPROVING STIPULATION RESOLVING
DEBTOR'S OBJECTION (ECF 272) TO IRS'S PROOF OF CLAIM NO. 2**

AND NOW, this 14th day of January, 2020 upon consideration of the attached Stipulation, it is hereby **ORDERED** and **DECREED** that the Stipulation between the Debtor and the Internal Revenue Service ("IRS") is **APPROVED**, thereby resolving the Debtor's objection (ECF 272) to IRS's Proof of Claim. The escrow agent, Interstate Abstract, is authorized and directed to promptly disburse $9,666.90 of the funds held in escrow to the IRS, and the remaining balance to the Debtor.

BY THE COURT:

_____
HONORABLE ASHLEY M. CHAN
*Judge, United States Bankruptcy Court*

ASHELY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| DAVID ADENAIKE | : Bankruptcy Case No. 16-13307-AMC |
| Debtor | : |

**STIPULATION IN SETTLEMENT OF DEBTOR'S OBJECTION (ECF 272) TO IRS' PROOF CLAIM NO.2**

The parties to this proceeding hereby stipulate:

1) The amount currently held in escrow pending distribution to the IRS is $13,874.07.

2) Of that sum, the escrow agent, Interstate Abstract, is authorized and directed to promptly disburse $9666.90 of the funds held in escrow to the IRS.

3) The remaining balance of the escrowed funds shall be promptly disbursed to the Debtor.

4) Payment of $9,666.90 by the Debtor to the IRS satisfies the IRS' secured claim and resolves the pending objection (ECF 272).

BY CONSENT:

/S/ Roger V. Ashodian
Regional Bankruptcy Center of
    Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083
Attorney for Debtor

/S/Anthony St. Joseph
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street-Suite 1250
Philadelphia, PA  19106
Anthony.StJoseph@usdoj.gov
Attorney for IRS

DATED: January 13, 2020