```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:
David Adenaike
    Debtor

Case No. 16-13307-amc
Chapter 13

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Jan 14, 2020
                             Form ID: pdf900         Total Noticed: 9
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: adekmoss@gmail.com Jan 15 2020 02:58:57     David Adenaike,    1036 Pine Street,
                Darby, PA 19023-2000
smg             E-mail/Text: megan.harper@phila.gov Jan 15 2020 02:58:44     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 02:58:25
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 15 2020 02:58:42     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jan 15 2020 02:58:43     City of Philadelphia,
                Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr             +E-mail/Text: duffyk@co.delaware.pa.us Jan 15 2020 02:58:53     Delaware County Tax Claim Bureau,
                Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr              E-mail/Text: creditsolutiongroup@fmfcu.org Jan 15 2020 02:58:16
                Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA  19317
14388285       +E-mail/Text: cio.bncmail@irs.gov Jan 15 2020 02:58:20     Internal Revenue Service,
                c/o Anthony St. Joseph, Assis US Atty,    615 Chestnut Street, Ste 1250,
                Philadelphia, PA 19106-4404
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13724650*      +IRS,   PO BOX 7346,    Philadelphia, PA,    PHILADELPHIA, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor   Toyota Motor Credit Corporation paeb@fedphe.com
          ANTHONY  ST. JOSEPH    on behalf of Creditor   United States of America on Behalf of IRS
           anthony.stjoseph@usdoj.gov,  mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
          BRETT ALAN SOLOMON    on behalf of Creditor   PNC Bank, National Association
           bsolomon@tuckerlaw.com,  agilbert@tuckerlaw.com
          CORINNE SAMLER BRENNAN    on behalf of Creditor   Franklin Mint Federal Credit Union
           cbrennan@klehr.com,  swenitsky@klehr.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   Philadelphia Federal Credit Union
           jschwartz@mesterschwartz.com
          JILLIAN NOLAN SNIDER    on behalf of Creditor   PNC Bank, National Association
           jsnider@tuckerlaw.com,  agilbert@tuckerlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          LEONARD B. ALTIERI, III    on behalf of Creditor   Delaware County Tax Claim Bureau
           laltieri@toscanigillin.com
          MEGAN N. HARPER    on behalf of Creditor   City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          ROGER V. ASHODIAN    on behalf of Debtor David  Adenaike ecf@schollashodian.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: John              Page 2 of 2            Date Rcvd: Jan 14, 2020
                              Form ID: pdf900         Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

        TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| DAVID ADENAIKE | : Bankruptcy Case No. 16-13307-AMC |
| Debtor | : |

**ORDER APPROVING STIPULATION RESOLVING
DEBTOR'S OBJECTION (ECF 272) TO IRS'S PROOF OF CLAIM NO. 2**

AND NOW, this 14 day of January, 2020 upon consideration of the attached Stipulation, it is hereby **ORDERED** and **DECREED** that the Stipulation between the Debtor and the Internal Revenue Service ("IRS") is **APPROVED**, thereby resolving the Debtor's objection (ECF 272) to IRS's Proof of Claim. The escrow agent, Interstate Abstract, is authorized and directed to promptly disburse $9,666.90 of the funds held in escrow to the IRS, and the remaining balance to the Debtor.

BY THE COURT:

_____
HONORABLE ASHLEY M. CHAN
*Judge, United States Bankruptcy Court*

ASHELY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| DAVID ADENAIKE | : Bankruptcy Case No. 16-13307-AMC |
| Debtor | : |

**STIPULATION IN SETTLEMENT OF DEBTOR'S OBJECTION (ECF 272) TO IRS' PROOF CLAIM NO.2**

The parties to this proceeding hereby stipulate:

1) The amount currently held in escrow pending distribution to the IRS is $13,874.07.

2) Of that sum, the escrow agent, Interstate Abstract, is authorized and directed to promptly disburse $9666.90 of the funds held in escrow to the IRS.

3) The remaining balance of the escrowed funds shall be promptly disbursed to the Debtor.

4) Payment of $9,666.90 by the Debtor to the IRS satisfies the IRS' secured claim and resolves the pending objection (ECF 272).

BY CONSENT:

/S/ Roger V. Ashodian
Regional Bankruptcy Center of
    Southeastern PA, P.C.
101 West Chester Pike, Suite 1A
Havertown, PA  19083
Attorney for Debtor

DATED: January 13, 2020

/S/Anthony St. Joseph
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street-Suite 1250
Philadelphia, PA  19106
Anthony.StJoseph@usdoj.gov
Attorney for IRS