UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| | : |
| DAVID ADENAIKE, | : |
| | : |
| Debtor. | : Bankruptcy No. 16-13307-amc |
| _____ | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned chapter 13 case as counsel for Franklin Mint Federal Credit Union and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon such entity at the address of its counsel as set forth below:

>Christopher J. Leavell
>Klehr Harrison Harvey Branzburg LLP
>1835 Market Street, Suite 1400
>Philadelphia, PA  19103
>Telephone:  215-569-4892
>Facsimile:  215-568-6603
>cleavell@klehr.com

Dated:  March 6, 2020          KLEHR HARRISON HARVEY
                               BRANZBURG LLP

                       By:    */s/ Christopher J. Leavell*
                              Christopher J. Leavell

19089-0018/PHIL1 8717346v.1