## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**DAVID ADENAIKE,** : **CHAPTER 13**
:
**Debtor.** : **BANKRUPTCY NO. 16-13307-amc**

## ORDER

**AND NOW**, this 9th day of March, 2020, upon consideration of the Debtor's Expedited Motion to Sell Property Free and Clear of Liens Pursuant to 11 U.S.C. §363(f), and request for expedited consideration of the Motion, and sufficient cause being shown, it is hereby **ORDERED** as follows:

1. The Motion for Expedited Consideration is **GRANTED**.

2. A hearing to consider the Motion shall be held by the Court on March 24, 2020, at 11:30 a.m., in Bankruptcy Courtroom #4, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and will be considered at the hearing.

4. The Movant shall serve the Motion (to the extent not already served) and this Order on the Chapter 13 Standing Trustee, the United States Trustee's Office, and all priority and secured creditors, and the Debtor by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on March 9, 2020.

5. Prior to the hearing, the Movant shall file a Certification of Service setting forth compliance with the service requirements of Paragraph 4 above, as applicable.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE