**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **DAVID ADENAIKE,** | : | **CHAPTER 13** |
| | : | |
| Debtor. | : | **BANKRUPTCY NO.  16-13307-amc** |

**CERTIFICATION OF SERVICE**

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before March 9, 2020, at 5:00 p.m., I served a copy of the March 9, 2020 Court Order Granting Expedited Consideration of Debtor's Amended Motion to Sell Properties Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) and to Enforce and Seek Modification of October 16, 2019 Order, together with Amended Notice of Motion, Response Deadline and Telephonic Hearing Date, on the following parties by ECF notice, or e-mail, as indicated below, to the following addresses:

William C. Miller, Esquire                               (e-mail and ECF Notice)
Chapter 13 Standing Trustee
Attention:  Jack Miller, Esquire (by e-mail)
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire                              (e-mail and ECF Notice)
Sr. Assistant United States Trustee
U.S. Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA  19106-2912

Philadelphia Gas Works                                  (e-mail and ECF Notice)
c/o Pearl Pham, Esquire
Legal Department, 4th Floor
800 Montgomery Avenue
Philadelphia, PA  19122

(continued on next page)

Service list (continued):

| | |
|---|---|
| City of Philadelphia Water Revenue Bureau<br>City of Philadelphia/School District of<br>  Philadelphia<br>c/o Megan Harper, Esquire<br>Deputy City Solicitor<br>Law Dept.- Tax & Revenue Unit<br>1401 JFK Blvd, 5th Floor<br>Philadelphia PA  19102 | (e-mail and ECF Notice) |
| State Financial Network, LLC<br>c/o Corinne Samler Brennan, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103 | (e-mail and ECF Notice) |
| Anthony St. Joseph, Esquire (E-mail)<br>Assistant United States Attorney<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA  19106 | (e-mail and ECF Notice) |
| Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106-1532 | (e-mail and ECF Notice) |
| Stephen V. Bottiglieri, Esquire<br>Michael FX Gillin & Associates, PC<br>230 North Monroe Street<br>Media PA  19063 | (e-mail and ECF Notice) |
| Leonard B. Altieri, III, Esquire<br>Michael FX Gillin & Associates, PC<br>230 North Monroe Street<br>Media PA  19063 | (e-mail and ECF Notice) |
| Jason Brett Schwartz, Esquire<br>Mester & Schwartz, PC<br>1333 Race Street<br>Philadelphia, PA  19107 | (e-mail and ECF Notice) |

(continued on next page)

Service list (continued):

| | |
|---|---|
| Pennsylvania Department of Revenue<br>Attention: Nicole Amolsch, Chief<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA  17128-0946 | (e-mail and ECF Notice) |
| Andrew Spivack, Esquire<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA  19103 | (e-mail and ECF Notice) |
| Brett Alan Solomon, Esquire<br>Jillian Nolan Snider, Esquire<br>One PPG Place<br>Suite 1500<br>Pittsburgh, PA  15222 | (e-mail and ECF Notice) |
| Mr. David Adenaike<br>1036 Pine Street<br>Darby, PA  19023 | (E-mail) |

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_/s/ Roger V. Ashodian_

Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor