United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Adenaike
    Debtor

Case No. 16-13307-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Mar 09, 2020
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db         +E-mail/Text: adekmoss@gmail.com Mar 10 2020 03:03:20     David Adenaike,   1036 Pine Street,
       Darby, PA 19023-2000
smg       +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2020 03:03:14     U.S. Attorney Office,
       c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                                                                 TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
        ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
        ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
         anthony.stjoseph@usdoj.gov,  mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
        BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
         bsolomon@tuckerlaw.com,   agilbert@tuckerlaw.com
        CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Franklin Mint Federal Credit Union
         cleavell@klehr.com,   lclark@klehr.com
        CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
         cbrennan@klehr.com,   swenitsky@klehr.com
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
         ecfemails@ph13trustee.com
        JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
         jschwartz@mesterschwartz.com
        JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
         jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
         bkgroup@kmllawgroup.com
        LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
         laltieri@toscanigillin.com
        MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
         karena.blaylock@phila.gov
        ROGER V. ASHODIAN    on behalf of Debtor David  Adenaike ecf@schollashodian.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                                                  TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**DAVID ADENAIKE,**                                           :    **CHAPTER 13**
                                                              :
**Debtor.**                                                   :    **BANKRUPTCY NO. 16-13307-amc**

## ORDER

AND NOW, this 9th day of March, 2020, upon consideration of the Debtor's Expedited Motion to Sell Property Free and Clear of Liens Pursuant to 11 U.S.C. §363(f), and request for expedited consideration of the Motion, and sufficient cause being shown, it is hereby **ORDERED** as follows:

1. The Motion for Expedited Consideration is **GRANTED**.

2. A hearing to consider the Motion shall be held by the Court on March 24, 2020, at 11:30 a.m., in Bankruptcy Courtroom #4, Robert N.C. Nix, Sr., Federal Building & Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and will be considered at the hearing.

4. The Movant shall serve the Motion (to the extent not already served) and this Order on the Chapter 13 Standing Trustee, the United States Trustee's Office, and all priority and secured creditors, and the Debtor by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on March 9, 2020.

5. Prior to the hearing, the Movant shall file a Certification of Service setting forth compliance with the service requirements of Paragraph 4 above, as applicable.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE