IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DAVID ADENAIKE, : CHAPTER 13
:
Debtor. : BANKRUPTCY NO. 16-13307-amc

ORDER

AND NOW, upon consideration of the Debtor's Uncontested Motion for Extension of Time to File Letter Briefs, it is hereby **ORDERED** that the Motion is **GRANTED**, and the parties may file their letter briefs on or before April ____, 2020.

BY THE COURT:

Date: 4/8/20

HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE