United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13307-amc
David Adenaike                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John            Page 1 of 2           Date Rcvd: Apr 10, 2020
                         Form ID: pdf900       Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
```
cr         ++FRANKLIN MINT FCU ERIN MOORE,    ATTN MEMBER SOLUTIONS,    5 HILLMAN DRIVE,    SUITE 100,
             CHADDS FORD PA 19317-9752
            (address filed with court:  Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,
             Chadds Ford, PA  19317)
cr         +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db          +E-mail/Text: adekmoss@gmail.com Apr 11 2020 03:54:39      David Adenaike,    1036 Pine Street,
             Darby, PA 19023-2000
smg          E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:19      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2020 03:53:41
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2020 03:54:00     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Apr 11 2020 03:54:19      City of Philadelphia,
             Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr          +E-mail/Text: duffyk@co.delaware.pa.us Apr 11 2020 03:54:25     Delaware County Tax Claim Bureau,
             Government Center,    201 W. Front Street,    Media, PA 19063-2708
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2020 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
              ANTHONY ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
              BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
              CHRISTOPHER JOHN LEAVELL     on behalf of Creditor    Franklin Mint Federal Credit Union
               cleavell@klehr.com,    lclark@klehr.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    swenitsky@klehr.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq.  philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Apr 10, 2020
                              Form ID: pdf900         Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ROGER V. ASHODIAN    on behalf of Debtor David  Adenaike ecf@schollashodian.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

        TOTAL: 15

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**DAVID ADENAIKE,** : **CHAPTER 13**
:
Debtor. : **BANKRUPTCY NO. 16-13307-amc**

### ORDER

AND NOW, upon consideration of the Debtor's Uncontested Motion for Extension of Time to File Letter Briefs, it is hereby **ORDERED** that the Motion is **GRANTED**, and the parties may file their letter briefs on or before April ____, 2020.

BY THE COURT:

Date: __4/8/20__    _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE