## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**DAVID ADENAIKE,**  :  **CHAPTER 13**
:
    **Debtor.**  :  **BANKRUPTCY NO. 16-13307-amc**

### ORDER

AND NOW, upon consideration of the Debtor's Motion for an Extension of Time to File a Motion to Modify Plan After Confirmation with an amended Chapter 13 Plan, it is hereby **ORDERED** that an extension is **GRANTED**, and Debtor shall have May 1, 2020, in which to file the Motion and Plan.

BY THE COURT:

Date: __**April 29, 2020**_____

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE