United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13307-amc
David Adenaike                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith              Page 1 of 1                Date Rcvd: Apr 29, 2020
                            Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.
cr            +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db            +E-mail/Text: adekmoss@gmail.com Apr 30 2020 03:19:58     David Adenaike,    1036 Pine Street,
               Darby, PA 19023-2000
cr             E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:44     City of Philadelphia,
               Law Department,   c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr            +E-mail/Text: duffyk@co.delaware.pa.us Apr 30 2020 03:19:49      Delaware County Tax Claim Bureau,
               Government Center,    201 W. Front Street,   Media, PA 19063-2708
cr             E-mail/Text: erinm@fmfcu.org Apr 30 2020 03:18:53     Franklin Mint Federal Credit Union,
               5 Hillman Drive, Suite 100,    Chadds Ford, PA  19317
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
     ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
     ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
               anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
     BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
     CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Franklin Mint Federal Credit Union
               cleavell@klehr.com,    lclark@klehr.com
     CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,    swenitsky@klehr.com
     JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
     JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
               jschwartz@mesterschwartz.com
     JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
               jsnider@tuckerlaw.com,    agilbert@tuckerlaw.com
     KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
     LEONARD B. ALTIERI, III    on behalf of Creditor    Delaware County Tax Claim Bureau
               laltieri@toscanigillin.com
     MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
     ROGER V. ASHODIAN    on behalf of Debtor David  Adenaike ecf@schollashodian.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
     WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

**DAVID ADENAIKE,**  :  CHAPTER 13
:
**Debtor.**  :  BANKRUPTCY NO. 16-13307-amc

**ORDER**

AND NOW, upon consideration of the Debtor's Motion for an Extension of Time to File a Motion to Modify Plan After Confirmation with an amended Chapter 13 Plan, it is hereby **ORDERED** that an extension is **GRANTED**, and Debtor shall have May 1, 2020, in which to file the Motion and Plan.

BY THE COURT:

Date: **April 29, 2020** _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE