**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **DAVID ADENAIKE** | : | CHAPTER 13 |
| | : | |
| Debtor | : | Bankruptcy No. 16-13307-amc |

## CERTIFICATION OF SERVICE

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before May 2, 2020, I served a copy of the Debtor's Motion to Modify Plan After Confirmation and to Abate Arrears under Confirmed Seventh Amended Chapter 13 Plan, together with Notice of Motion, Response Deadline and Hearing Date, on the following parties by ECF notice, e-mail, or by first class mail, postage prepaid, as indicated below, to the following addresses:

William C. Miller, Esquire          (ECF Notice and e-mail)
Chapter 13 Standing Trustee
Attention: Jack Miller, Esquire
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA 19105

Frederic J. Baker, Esquire          (ECF Notice)
Sr. Assistant United States Trustee
U.S. Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912

State Financial Network, LLC          (ECF Notice and e-mail)
c/o Christopher J. Leavell, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

(continued on next page)

Service list (continued):

| | |
|---|---|
| State Financial Network, LLC<br>c/o Corinne Samler Brennan, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103 | (ECF Notice) |
| Franklin Mint Federal Credit Union<br>5 Hillman Drive, Suite 100<br>Chadds Ford, PA  19317 | (ECF Notice) |
| City of Philadelphia & Water Revenue Bureau<br>c/o Megan Harper, Esquire<br>Deputy City Solicitor<br>Law Department - Tax & Revenue Unit<br>1401 JFK Blvd, 5th Floor<br>Philadelphia PA  19102 | (ECF Notice and e-mail) |
| Pennsylvania Department of Revenue<br>Attention:  Nicole Amolsch, Chief,<br>  and Jacalyn Y. Boyer<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg PA  17128-0946 | (ECF Notice and E-mail to namolsch@pa.gov) |
| Anthony St. Joseph, Esquire<br>Assistant United States Attorney<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA  19106 | (ECF Notice) |
| U.S. Attorney Office<br>c/o Virginia Powel, Esquire<br>Room 1250, 615 Chestnut Street<br>Philadelphia, PA  19106-4404 | (ECF Notice) |
| Leonard B. Altieri, III, Esquire<br>Michael FX Gillin & Associates, PC<br>230 North Monroe Street<br>Media PA  19063 | (ECF Notice) |

(continued on next page)

Case 16-13307-amc    Doc 332    Filed 05/02/20    Entered 05/02/20 01:13:08    Desc Main
Document      Page 3 of 4

Service List (continued):

| | |
|---|---|
| Delaware County Tax Claim Bureau<br>Government Center<br>201 W. Front Street<br>Media, PA  19063-2708 | (ECF Notice) |
| Jason Brett Schwartz, Esquire<br>Mester & Schwartz, PC<br>1333 Race Street<br>Philadelphia, PA  19107 | (ECF Notice) |
| Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA  19106-1532 | (ECF Notice) |
| Andrew Spivack, Esquire<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard, Suite 1400<br>One Penn Center Plaza<br>Philadelphia, PA  19103 | (ECF Notice) |
| PNC Bank, N.A.<br>c/o Jillian Nolan Snider, Esquire<br>Tucker Arensberg<br>One PPG Place, Suite 1500<br>Pittsburgh, PA  15222 | (ECF Notice) |
| PNC Bank, N.A.<br>c/o Brett Alan Solomon, Esquire<br>Tucker Arensberg<br>One PPG Place, Suite 1500<br>Pittsburgh, PA  15222 | (ECF Notice) |
| Randolph M. Vesprey, Esquire<br>Assistant County Attorney<br>New Castle County<br>87 Reads Way<br>New Castle, DE  19720 | (E-mail to dianne.blackwell@newcastlede.gov) |

(continued on next page)

Service List (continued):

| | |
|---|---|
| Philadelphia Parking Authority<br>Attention: Edgar Quiles, Clerk<br>701 Market Street, Suite 5400<br>Philadelphia, PA  19106 | (E-mail to Equiles@philapark.org) |
| ECMC<br>Attention: Mr. Maiyer Thao<br>ECMC Bankruptcy Representative<br>PO Box 16408<br>St. Paul, MN  55116-0408 | (E-mail to Bankruptcydept@ecmc.org) |
| U.S. Department of Education<br>Attention: Ms. Mee Thao<br>ECMC Operations Specialist<br>PO Box 16448<br>St. Paul, MN  55116-0448 | (E-mail to EDBANKRUPTCY@ECMC.ORG) |
| Mr. David Adenaike<br>1036 Pine Street<br>Darby, PA  19023 | (E-mail) |

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID # 42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor