IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------x
In re                                                    :
                                                         :   Chapter 13
    DAVID ADENAIKE,                    :
                                                         :   Bankruptcy No. 16-13307 (AMC)
        Debtor.    :
------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 29-2 filed by the City of Philadelphia on March 3, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 13, 2020    By:   /s/ Megan N. Harper
        Megan N. Harper
        Deputy City Solicitor
        City of Philadelphia Law Department
        1401 JFK Blvd., 5th Floor
        Philadelphia, PA  19102-1595
        215-686-0503 (phone)
        215-686-0588 (facsimile)
        Email: Megan.Harper@Phila.gov