1IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                :
                                     :    Chapter 13
        DAVID ADENAIKE,              :
                                     :    Bankruptcy No. 16-13307 (AMC)
                     Debtor.         :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 30-2 filed by the City of Philadelphia on March 3, 2020.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 13, 2020      By:    /s/ Megan N. Harper
                                             Megan N. Harper
                                             Deputy City Solicitor
                                             City of Philadelphia Law Department
                                             1401 JFK Blvd., 5th Floor
                                             Philadelphia, PA  19102-1595
                                             215-686-0503 (phone)
                                             215-686-0588 (facsimile)
                                             Email: Megan.Harper@Phila.gov