## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**DAVID ADENAIKE,**                        :     **CHAPTER 13**

                                               :

     **Debtor.**                              :     **BANKRUPTCY NO. 16-13307-amc**

## CONSENT ORDER

**AND NOW**, upon consideration of the Debtor's Amended Motion to Sell Properties Free and Clear of Liens Pursuant to 11 U.S.C. §363(f), with respect to the property located at 2523 South 69th Street, Philadelphia, PA  19142, on which the sale was closed on April 3, 2020, and as a supplement to the Order entered on March 30, 2020, based upon the agreement of the Trustee and the Debtor set forth below, it is hereby **ORDERED** that:

1. The funds held in escrow by Greater Philadelphia Abstract Agency in the amount $3,261.02, in accordance with the April 3, 2020 letter agreement between the Trustee and the Debtor delivered to Greater Philadelphia Abstract Agency as escrow agent, shall be disbursed to the Debtor, David Adenaike, upon entry of this Order.

2. The Trustee retains all rights set forth in the April 3, 2020 letter agreement, pending a review of the Debtor's proposed Eighth Amended Chapter 13 Plan by the Trustee, and further Order of Court.

3. In particular, by agreeing to the disbursement of the escrowed funds to the Debtor, the Trustee does not waive, and retains all rights to advocate with the Court that the $3,000.00 disbursement to the Trustee by Greater Philadelphia Abstract Agency should be in addition to the amount that the Trustee calculates is available under the current version of the Plan confirmed by the Court, and the Debtor retains all rights to oppose that position.

4. The Trustee further retains all rights to advocate with the Court that the $3,261.02 that will be disbursed to the Debtor under this Consent Order be paid over the remaining life of the Plan, as modified, for the benefit of unsecured creditors in addition to the $3,000.00 that was disbursed to the Trustee at closing, and the Debtor retains all rights to oppose paying any amount to the Trustee under the proposed modified Plan above a minimum of $3,000.00 total for unsecured creditors, and/or that any additional amount above the $3,000.00 minimum previously agreed be allocated for additional disbursements to unsecured creditors.

5. Greater Philadelphia Abstract Agency is relieved of any and all fiduciary duty, responsibility and liability for the funds upon disbursement pursuant to this Order.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Date: July 15, 2020

Roger V. Ashodian
Attorney for the Debtor

CHAPTER 13 STANDING TRUSTEE, by:

Date: July 15, 2020

/s/ Jack Miller
Jack Miller
Attorney for Chapter 13 Standing Trustee

BY THE COURT:

Date: _____

**Date: July 16, 2020**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE