United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David Adenaike
    Debtor

Case No. 16-13307-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Jul 16, 2020
                        Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2020.
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,    Phoenix, AZ 85038-9482

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/Text: adekmoss@gmail.com Jul 17 2020 04:34:24      David Adenaike,    1036 Pine Street,
                 Darby, PA 19023-2000
cr              E-mail/Text: megan.harper@phila.gov Jul 17 2020 04:34:02      City of Philadelphia,
                 Law Department,    c/o Megan N. Harper,    1401 JFK Blvd. Room 580,    Philadelphia, PA  19102
cr             +E-mail/Text: duffyk@co.delaware.pa.us Jul 17 2020 04:34:17      Delaware County Tax Claim Bureau,
                 Government Center,    201 W. Front Street,    Media, PA 19063-2708
cr              E-mail/Text: MemberSolutionsBankruptcyNotification@fmfcu.org Jul 17 2020 04:33:16
                 Franklin Mint Federal Credit Union,    5 Hillman Drive, Suite 100,    Chadds Ford, PA  19317
                                                                                                                                                                          TOTAL: 4

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                                    Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2020 at the address(es) listed below:
      ANDREW  SPIVACK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
      ANTHONY  ST. JOSEPH    on behalf of Creditor    United States of America on Behalf of IRS
       anthony.stjoseph@usdoj.gov,    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov
      BRETT ALAN SOLOMON    on behalf of Creditor    PNC Bank, National Association
       bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com
      CHRISTOPHER JOHN LEAVELL    on behalf of Creditor    Franklin Mint Federal Credit Union
       cleavell@klehr.com,   lclark@klehr.com
      CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
       cbrennan@klehr.com,   swenitsky@klehr.com
      JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
       ecfemails@ph13trustee.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Philadelphia Federal Credit Union
       jschwartz@mesterschwartz.com
      JILLIAN NOLAN SNIDER    on behalf of Creditor    PNC Bank, National Association
       jsnider@tuckerlaw.com,   agilbert@tuckerlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
       karena.blaylock@phila.gov
      ROGER V. ASHODIAN    on behalf of Debtor David  Adenaike ecf@schollashodian.com
      STEPHEN VINCENT BOTTIGLIERI    on behalf of Creditor    Delaware County Tax Claim Bureau
       steve@bottiglierilaw.com,    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
                                                                                                                                                                                                                                                                                                 TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DAVID ADENAIKE, : CHAPTER 13
:
Debtor. : BANKRUPTCY NO. 16-13307-amc

### CONSENT ORDER

**AND NOW**, upon consideration of the Debtor's Amended Motion to Sell Properties Free and Clear of Liens Pursuant to 11 U.S.C. §363(f), with respect to the property located at 2523 South 69th Street, Philadelphia, PA 19142, on which the sale was closed on April 3, 2020, and as a supplement to the Order entered on March 30, 2020, based upon the agreement of the Trustee and the Debtor set forth below, it is hereby **ORDERED** that:

1. The funds held in escrow by Greater Philadelphia Abstract Agency in the amount $3,261.02, in accordance with the April 3, 2020 letter agreement between the Trustee and the Debtor delivered to Greater Philadelphia Abstract Agency as escrow agent, shall be disbursed to the Debtor, David Adenaike, upon entry of this Order.

2. The Trustee retains all rights set forth in the April 3, 2020 letter agreement, pending a review of the Debtor's proposed Eighth Amended Chapter 13 Plan by the Trustee, and further Order of Court.

3. In particular, by agreeing to the disbursement of the escrowed funds to the Debtor, the Trustee does not waive, and retains all rights to advocate with the Court that the $3,000.00 disbursement to the Trustee by Greater Philadelphia Abstract Agency should be in addition to the amount that the Trustee calculates is available under the current version of the Plan confirmed by the Court, and the Debtor retains all rights to oppose that position.

4. The Trustee further retains all rights to advocate with the Court that the $3,261.02 that will be disbursed to the Debtor under this Consent Order be paid over the remaining life of the Plan, as modified, for the benefit of unsecured creditors in addition to the $3,000.00 that was disbursed to the Trustee at closing, and the Debtor retains all rights to oppose paying any amount to the Trustee under the proposed modified Plan above a minimum of $3,000.00 total for unsecured creditors, and/or that any additional amount above the $3,000.00 minimum previously agreed be allocated for additional disbursements to unsecured creditors.

5. Greater Philadelphia Abstract Agency is relieved of any and all fiduciary duty, responsibility and liability for the funds upon disbursement pursuant to this Order.

REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., by:

Date:   July 15, 2020

_____
Roger V. Ashodian
Attorney for the Debtor

CHAPTER 13 STANDING TRUSTEE, by:

Date:   July 15, 2020

   /s/  Jack Miller
_____
Jack Miller
Attorney for Chapter 13 Standing Trustee

BY THE COURT:

Date: _____

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

**Date: July 16, 2020**