*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

MOTION TO MODIFY PLAN AFTER CONFIRMATION FILED BY DAVID ADENAIKE
MOTION TO DISMISS CASE FILED BY WILLIAM C MILLER
CONFIRMATION

    on: 11/10/20

    at: 02:00 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/7/20

Timothy B. McGrath
Clerk of Court

378 – 242, 329, 359
Form 167