## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**DAVID ADENAIKE,**                : CHAPTER 13
                                   :
   **Debtor.**                     : BANKRUPTCY NO.  16-13307-amc

## PRAECIPE TO RELIST HEARING ON DEBTOR'S
## AMENDED MOTION TO SELL PROPERTIES FREE AND CLEAR OF LIENS

To the Clerk:

Kindly relist the hearing on the Debtor's Amended Motion to Sell Properties Free and Clear of Liens Pursuant to 11 U.S.C. §363(f) filed in the captioned case on March 5, 2020 (Doc. No. 307).

Respectfully submitted,
REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor