### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**DAVID ADENAIKE,** : **CHAPTER 13**
:
**Debtor.** : **BANKRUPTCY NO. 16-13307-amc**

## ORDER

**AND NOW**, this 20th day of October, 2020, upon consideration of the Debtor's Objection to Proof of Claim No. 31 filed by the New Castle County (Delaware), and request for expedited consideration of the Motion, and sufficient cause being shown, it is hereby **ORDERED** as follows:

1. The Motion for Expedited Consideration is **GRANTED**.

2. A telephonic hearing to consider the Motion shall be held by the Court on October 27th 2020, at 2:00 pm. Parties are to dial: 1-877-873-8017 Access Code: 30276581#

3. Written objections or other responsive pleadings to the Objecion may be filed on or before xxxxxxxxxxxxxxxxxxxxxxxx, 2020 (not required), and will be considered at the hearing.

4. The Movant shall serve the Objection (to the extent not already served) and this Order on the Chapter 13 Standing Trustee, the United States Trustee's Office, and on New Castle County and the Debtor by overnight mail, facsimile transmission or e-mail transmission no later than October 21, 2020.

5. Prior to the hearing, the Movant shall file a Certification of Service setting forth compliance with the service requirements of Paragraph 4 above, as applicable.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE