## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DAVID ADENAIKE,                           :      CHAPTER 13
                                          :
   Debtor.                                :      BANKRUPTCY NO.  16-13307-amc


### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**The Debtor has filed an Objection to Proof of Claim No. 31 filed by New Castle County (Delaware) on or about June 27, 2019, in this bankruptcy case for the purpose of having the Court disallow the claim because it was filed after the bar date, reduce the rate of interest charged on the outstanding amount due, and determine the correct status/category of the claim.**

1.      **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult an attorney).**

2.      **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection**; a telephonic hearing to consider the Objection shall be held by the Court on **October 27th, 2020, at 2:00 p.m.**,  Parties are to dial:  1-877-873-8017, Access Code:  3027681#.  If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

3.      **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.
                                          REGIONAL BANKRUPTCY CENTER OF
                                          SOUTHEASTERN PA, P.C., by:


Date:   October 20, 2020              _____
                                          Roger V. Ashodian
                                          Attorney ID #42586
                                          101 West Chester Pike, Suite 1A
                                          Havertown, PA  19083
                                          (610) 446-6800