**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **DAVID ADENAIKE,** | : | CHAPTER 13 |
| | : | |
| **Debtor.** | : | BANKRUPTCY NO.  16-13307-amc |

**CERTIFICATION OF SERVICE**

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before October 20, 2020, I served a copy of the Debtor's Objection to Proof of Claim No. 31 filed by the New Castle County (Delaware), together with Notice of Objection to Claim and Hearing Date, and Order Granting Expedited Consideration, on the following parties by ECF notice, and/or by e-mail, as indicated below, to the following addresses:

Randolph M. Vesprey, Esquire                 (E-mail to randolph.vesprey@newcastlede.gov)
Assistant County Attorney
New Castle County
87 Reads Way
New Castle, DE  19720

Dianne Blackwell                                          (E-mail to dianne.blackwell@newcastlede.gov)
New Castle County
87 Reads Way
New Castle, DE  19720

William C. Miller, Esquire                           (ECF Notice and e-mail)
Chapter 13 Standing Trustee
Attention:  Jack Miller, Esquire
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

(continued next page)

Service List (continued):

| | |
|---|---|
| Frederic J. Baker, Esquire<br>Senior Assistant United States Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA  19106 | (ECF Notice and e-mail) |
| Mr. David Adenaike<br>1036 Pine Street<br>Darby, PA  19023 | (E-mail) |

                                          REGIONAL BANKRUPTCY CENTER OF
                                        SOUTHEASTERN PA, P.C., by:

                                        _____
                                        Roger V. Ashodian
                                        Attorney ID #42586
                                        101 West Chester Pike, Suite 1A
                                        Havertown, PA  19083
                                        (610) 446-6800

                                        <u>Attorney for Debtor/Objector</u>