**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

| | | |
|---|---|---|
| **DAVID ADENAIKE,** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BANKRUPTCY NO. 16-13307-amc |

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor filed an Amended Motion to Sell Properties Free and Clear of Liens in this bankruptcy case on March 5, 2020, for the purpose of obtaining Court approval of the sale of the Debtor's properties at 6543 Reedland Street, Philadelphia, PA  19142, and 2523 South 69th Street, Philadelphia, PA  19142 (sale of the latter property was already approved by Order entered on March 30, 2020), to help fund the Debtor's Chapter 13 Plan and other obligations, and now seeks to relist the hearing on the Motion with respect to the property at 6543 Reedland Street, Philadelphia, PA  19142.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **November 3, 2020, you or your attorney must file a response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **November 17, 2020, at 2:00 p.m. in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA  19107**.  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

    Bankruptcy Clerk
    900 Market Street, Suite 400
    Philadelphia, PA  19107-4299
    (215) 408-2800

9. **If you mail your response**, to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Roger V. Ashodian
    Regional Bankruptcy Center of Southeastern PA
    101 West Chester Pike, Suite 1A
    Havertown, PA 19083
    Phone:  (610) 446-6800

[If applicable, name and address of others to be served.]


Date:   October 20, 2020