**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**In re:**

| | | |
|---|---|---|
| **DAVID ADENAIKE,** | : | **CHAPTER 13** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 16-13307-amc** |

**CERTIFICATION OF SERVICE**

I, Roger V. Ashodian, attorney for the Debtor in the above-captioned matter, hereby certify that on or before October 20, 2020, a copy of the Debtor's Praecipe to Relist the Debtor's Amended Motion to Sell Properties Free and Clear of Liens Pursuant to 11 U.S.C. §363(f), together with Notice of Motion, Response Deadline, and Hearing Date, in the above-captioned case was served on the following parties by Court-generated ECF notice or e-mail, as indicated below, to the following addresses:

William C. Miller, Esquire                     (ECF Notice)
Chapter 13 Standing Trustee
Attention:  Jack Miller, Esquire (by e-mail)
1234 Market Street – Suite 1813
P.O. Box 1229
Philadelphia, PA  19105

Frederic J. Baker, Esquire                     (ECF Notice)
Sr. Assistant United States Trustee
U.S. Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA  19106-2912

Philadelphia Gas Works                         (ECF Notice)
c/o Pearl Pham, Esquire
Legal Department, 4th Floor
800 Montgomery Avenue
Philadelphia, PA  19122

(continued on next page)

Service list (continued):

| | |
|---|---|
| City of Philadelphia Water Revenue Bureau<br>City of Philadelphia/School District of<br>   Philadelphia<br>c/o Megan Harper, Esquire<br>Deputy City Solicitor<br>Law Dept.- Tax & Revenue Unit<br>1401 JFK Blvd, 5th Floor<br>Philadelphia PA  19102 | (ECF Notice) |
| State Financial Network, LLC<br>c/o Corinne Samler Brennan, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, PA  19103 | (ECF Notice) |
| Anthony St. Joseph, Esquire (E-mail)<br>Assistant United States Attorney<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA  19106 | (ECF Notice) |
| Mr. David Adenaike<br>1036 Pine Street<br>Darby, PA  19023 | (E-mail) |

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

<u>Attorney for Debtor</u>