*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Objection to Claim Number by Claimant New Castle County (Delaware). (Claim No. 31) Filed by David Adenaike.

Telephonic Hearing:
Dial 1–877–873–8017 Access 3027681#

    on: 10/28/20

    at: 02:00 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/21/20

Timothy B. McGrath
Clerk of Court

389 – 386
Form 167