United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-13307-amc

David Adenaike     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Joan | Page 1 of 4 |
| Date Rcvd: Oct 21, 2020 | Form ID: 167 | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | WELLS FARGO BANK, N.A., P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 13724647 | | AMEX, P O BOX 7871, FORT LAUDERDALE, FL 33329 |
| 13724637 | + | BANKAMERICA, POB 1597, NORFOLK, VA 23501-1597 |
| 13724623 | + | CITI CARDS CBSDNA, POB 6241, SIOUX FALLS, SD 57117-6241 |
| 13724642 | + | DEPTEDNELNET, Not Available, NA, NA NA, FIN RECOVERY, 200 EAST PARK DRIVE SUITE 100 MOUNT LAUREL, NJ 08054-1297 |
| 13767263 | + | Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14280614 | + | Delaware County Tax Claim Bureau, c/o LEONARD B. ALTIERI, III, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13761258 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13724620 | + | ELAN FIN SER, CB DISPUTES PO BOX 108, SAINT LOUIS, MO 63166-0108 |
| 13789676 | + | Emergency Physician Associates of Delaw, 6681 Country Club Drive, Golden Valley Mn 55427-4601 |
| 13724632 | + | FIA CS, PO BOX 982238, EL PASO, TX 79998-2238 |
| 13782678 | + | Franklin Mint Federal Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14480661 | + | Franklin Mint Federal Credit Union, c/o Christopher J. Leavell, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13724618 | + | GLHEC, PO BOX 7859, MADISON, WI 53707-7859 |
| 14061985 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty to Toyota Motor Credit Corp, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13724639 | + | MBNA AMERICA, PO BOX 17054, WILMINGTON, DE 19850-7054 |
| 14348675 | + | NEW CASTLE COUNTY, GOVERNMENT CENTER-OFFICE OF LAW, 87 READS WAY, NEW CASTLE, DE 19720-1648 |
| 13724649 | + | NSTAR/GLELSI, 2401 INTERNATIONAL POB 7859, MADISON, WI 53707-7859 |
| 13724635 | + | PHILA FCU, 12800 WEST TOWNSEND, PHILADELPHIA, PA 19154-1003 |
| 13724629 | + | PHILA PARKNG, POB 41819, PHILADELPHIA, PA 19101-1819 |
| 13724616 | + | PNC BANK, 2730 LIBERTY AV, PITTSBURGH, PA 15265-0001 |
| 13802289 | + | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101-4982 |
| 14532343 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL AS, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13744033 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 13744538 | + | Philadelphia Federal Credit Union, c/o JASON BRETT SCHWARTZ, Mester & Schwartz, P.C., 1333 Race Street, Philadelphia, PA 19107-1556 |
| 13724640 | + | RSHK/CBUSA, P O BOX 8189, JOHNSON CITY, TN 37615-0189 |
| 13724621 | + | TOYOTA MTR, TWO WALNUT GROVE DR #210, HORSHAM, PA 19044-7704 |
| 14514891 | + | The Tax Claim Bureau of Delaware County, Government Center Building, 201 W. Front Street,, Media, PA 19063-2708 |
| 13751886 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 13818334 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 13809827 | | U.S. DEPARTMENT OF EDUCATION, PO BOX 16448, ST. PAUL, MN 55116-0448 |
| 13724633 | + | VALLEY LSI, 747 CHESTNUT RIDGE ROAD, SPRING VALLEY, NY 10977, PHILA FCU, 12800 WEST TOWNSEND PHILADELPHIA, PA 19154-1003 |
| 13724627 | + | WELLS FARGO, CREDIT BUREAU DISPUTE RESOLUTI, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 13823623 | | Wells Fargo Bank, N.A., P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 13822068 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13750322 | + | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14043812 | + | Wells Fargo Payment Remittance Center, PO Box 51174, Los Angeles, CA 90051-5474 |
| 13724630 | + | wach ed fin, po box 3117, WINSTON SALEM, NC 27102-3117 |

TOTAL: 38

| District/off: 0313-2 | User: Joan | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: 167 | Total Noticed: 56 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: adekmoss@gmail.com | | |
| | | | Oct 22 2020 01:47:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |
| cr | | Email/Text: megan.harper@phila.gov | | |
| | | | Oct 22 2020 01:47:00 | City of Philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | | |
| | | | Oct 22 2020 01:47:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | | |
| | | | Oct 22 2020 01:46:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 13724626 | + | Email/Text: EBNProcessing@afni.com | | |
| | | | Oct 22 2020 01:46:00 | AFNI, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 13795189 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Oct 22 2020 02:51:04 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13724636 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Oct 22 2020 02:52:18 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 14128250 | + | Email/Text: megan.harper@phila.gov | | |
| | | | Oct 22 2020 01:47:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13913238 | + | Email/Text: duffyk@co.delaware.pa.us | | |
| | | | Oct 22 2020 01:47:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 13819975 | | Email/Text: G06041@att.com | | |
| | | | Oct 22 2020 01:47:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13733476 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 22 2020 01:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13724650 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Oct 22 2020 01:46:00 | IRS, PO BOX 7346, Philadelphia, PA, PHILADELPHIA, PA 19101-7346 |
| 13724622 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Oct 22 2020 02:51:01 | CHASE, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 13777769 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 22 2020 02:51:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13785251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Oct 22 2020 02:52:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13725705 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Oct 22 2020 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13795638 | + | Email/Text: bankruptcy@philapark.org | | |
| | | | Oct 22 2020 01:47:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13724628 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Oct 22 2020 01:46:00 | VERIZON, 500 TECHNOLOGY DR SUITE 300, SAINT CHARLES, MO 63304-2225 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13724641 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724643 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724645 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724646 | | SYNCB/CARECR, C/O PO BOX 965036, NA, NA NA |
| 13724648 | *+ | BANKAMERICA, POB 1597, NORFOLK, VA 23501-1597 |
| 13724638 | *+ | FIA CS, PO BOX 982238, EL PASO, TX 79998-2238 |
| 13724619 | *+ | GLHEC, PO BOX 7859, MADISON, WI 53707-7859 |
| 14388285 | *+ | Internal Revenue Service, c/o Anthony St. Joseph, Assis US Atty, 615 Chestnut Street, Ste 1250, Philadelphia, PA 19106-4404 |
| 13724644 | *+ | PHILA PARKNG, POB 41819, PHILADELPHIA, PA 19101-1819 |
| 13724617 | *+ | PNC BANK, 2730 LIBERTY AV, PITTSBURGH, PA 15265-0001 |
| 13724631 | *+ | TOYOTA MTR, TWO WALNUT GROVE DR #210, HORSHAM, PA 19044-7704 |
| 13724634 | *+ | wach ed fin, po box 3117, WINSTON SALEM, NC 27102-3117 |
| 13724625 | ##+ | COLLECTION, 287 INDEPENDENCE, VIRGINIA BEACH, VA 23462-2962 |
| 13724624 | ##+ | DISCOVER FINANCIAL SERVI, POB 15316, WILMINGTON, DE 19850, COLLECTION, 287 INDEPENDENCE, VIRGINIA BEACH, VA 23462-2962 |

TOTAL: 4 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 23, 2020                   Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| BRETT ALAN SOLOMON | on behalf of Creditor PNC Bank National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com lclark@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com swenitsky@klehr.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor PNC Bank National Association jsnider@tuckerlaw.com, agilbert@tuckerlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov karena.blaylock@phila.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Joan | Page 4 of 4 |
| Date Rcvd: Oct 21, 2020 | Form ID: 167 | Total Noticed: 56 |

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

ROGER V. ASHODIAN
    on behalf of Debtor David Adenaike ecf@schollashodian.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16−13307−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*

Objection to Claim Number by Claimant New Castle County (Delaware). (Claim No. 31) Filed by David Adenaike.

Telephonic Hearing:
Dial 1−877−873−8017 Access 3027681#

    on: 10/28/20

    at: 02:00 PM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/21/20

Timothy B. McGrath
Clerk of Court

389 − 386
Form 167