# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**DAVID ADENAIKE** : **CHAPTER 13**
:
**Debtor** : Bankruptcy No. 16-13307-amc

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify Plan After Confirmation and to Abate Arrears under the Confirmed Seventh Amended Chapter 13 Plan, and any responses thereto, and after notice and opportunity for a hearing, it is hereby **ORDERED** as follows:

1. The Debtor's Motion to Modify Plan After Confirmation is **GRANTED**.

2. The Debtor's Eighth Amended Chapter 13 Plan is **APPROVED**, and the Debtor may file his Eighth Amended Chapter 13 Plan in the form attached to the Motion, which Eighth Amended Chapter 13 Plan supersedes and replaces the Debtor's Confirmed Seventh Amended Chapter 13 Plan.

BY THE COURT:

Date: _____    _____
**Date: October 28, 2020**                            HONORABLE ASHELY M. CHAN
                                                      UNITED STATES BANKRUPTCY JUDGE