IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DAVID ADENAIKE : CHAPTER 13
:
    Debtor : BANKRUPTCY NO.  16-13307-amc

NOTICE OF APPLICATION FOR SUPPLEMENTAL COMPENSATION

Notice is hereby given to all interested parties that REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., counsel for the Debtor, has filed an Application seeking supplemental compensation for post-confirmation services of $8,500.00 for the firm's services in this case, with disbursement of $3,000.00 to be made from the funds held by the Trustee.  Any Objections to this Application must be filed and served upon counsel for the Debtor within fourteen (14) days from November 2, 2020, on which date the Application was filed (therefore, any Objections to this Application must be filed and served upon us by no later than November 16, 2020).  A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtor, as well as all interested parties on the Clerk's Notice List by ECF notice.  Other interested parties can obtain a copy upon request.

    REGIONAL BANKRUPTCY CENTER OF
    SOUTHEASTERN PA, P.C., by:

Dated:  November 2, 2020

    Roger V. Ashodian
    Attorney ID #42586
    101 West Chester Pike, Suite 1A
    Havertown, PA  19083
    (610) 446-6800

    Attorney for Debtor