IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **DAVID ADENAIKE** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 16-13307-amc |

### ORDER ALLOWING SUPPLEMENTAL COMPENSATION

AND NOW, upon consideration of the Application for Supplemental Compensation submitted by REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., counsel for the Debtor, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., is awarded $8,500.00 as compensation for the firm's services in this case, and the Trustee is authorized and directed to pay the amount of $3,000.00 to the said counsel from the Chapter 13 Plan payments which he has received on the Debtor's account, as provided under the Court-approved Fifth Revision of the Debtor's Eighth Amended Chapter 13 Plan, made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Date: _____   _____
**Date: November 19, 2020**       HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE