## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| DAVID ADENAIKE | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-13307AMC |

**NOTICE OF MOTION, RESPONSE, DEADLINE AND HEARING DATE**

William C. Miller, standing trustee, has filed a Motion to Reconsider Order Entered May 19, 2021 Approving Sale with the Court in the above-referenced Chapter 13 bankruptcy case for the reason(s) listed in the enclosed Motion.

1.   If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then fifteen (15) days prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do all of the following:

2.

    (a)     file an answer explaining your position at:

               U.S. Bankruptcy Court
               900 Market Street - Suite 400
               Philadelphia, PA 19107

    (b)     mail a copy to the filer's attorney:

               William C. Miller, Esquire
               Office of the Chapter 13 Standing Trustee
               P.O. Box 1229
               Philadelphia, PA  19105

3.   If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the enclosed Motion.

4.   A hearing on the Motion is scheduled to be held before Honorable Ashely M. Chan, in Courtroom No. 4, on Tuesday, June 15, 2021, at 11:00 a.m. at U.S. Bankruptcy Court, 900 Market St. - 2nd Floor, Philadelphia, PA 19107.

5.   If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you, if you request a copy from the attorney named in paragraph 1(b).

6.   You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.