UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     DAVID ADENAIKE | : |
| | : |
|     Debtor | : BANKRUPTCY NO.  16-13307AMC |

**PRAECIPE TO WITHDRAW**

    Kindly withdraw Chapter 13 Standing Trustee's Motion to Reconsider Order Entered May 19, 2021 Approving Sale (Docket No. 430) and Notice (Docket No. 431).

                                                         Respectfully submitted,

                                                         /s/ Jack K. Miller, Esquire

Date:  May 19, 2021
                                                         Jack K. Miller, Esquire, Staff Attorney for
                                                         William C. Miller, Esquire
                                                         Chapter 13 Standing Trustee