IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**DAVID ADENAIKE** : CHAPTER 13
:
**Debtor** : Bankruptcy No. 16-13307-amc

## CERTIFICATION OF NO RESPONSE

I hereby certify that, on or before May 18, 2021, I served a copy of the Debtor's Motion to Modify Plan After Confirmation, together with Notice of Motion, Response Deadline and Hearing Date, in this case upon all interested parties. I further certify that, as of June 14, 2021, no Response or Objection had been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Motion be entered.

Respectfully submitted,
REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor