# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

**DAVID ADENAIKE**  :  **CHAPTER 13**
:
**Debtor**  :  Bankruptcy No. 16-13307-amc

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify Plan After Confirmation and any responses thereto, and after notice and opportunity for a hearing, it is hereby **ORDERED** as follows:

1. The Debtor's Motion to Modify Plan After Confirmation is **GRANTED**.

2. The Debtor's Ninth Amended Chapter 13 Plan is **APPROVED**, and the Debtor may file his Ninth Amended Chapter 13 Plan in the form attached to the Motion, which Ninth Amended Chapter 13 Plan supersedes and replaces the Debtor's Fifth Revised Eighth Amended Chapter 13 Plan.

BY THE COURT:

**Date: June 15, 2021**

Date: _____  _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE