United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 16-13307-amc

David Adenaike  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Jun 15, 2021     Form ID: pdf900     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | WELLS FARGO BANK, N.A., P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: adekmoss@gmail.com | Jun 15 2021 23:56:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 15 2021 23:56:00 | City of Philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Jun 15 2021 23:56:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 15 2021 23:55:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021      Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

**Name**      **Email Address**

Case 16-13307-amc    Doc 441    Filed 06/17/21    Entered 06/18/21 00:35:00    Desc
Imaged Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: pdf900 | Total Noticed: 5 |

ANDREW L. SPIVACK
    on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

ANTHONY ST. JOSEPH
    on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

BRETT ALAN SOLOMON
    on behalf of Creditor PNC Bank  National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com

CHRISTOPHER JOHN LEAVELL
    on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com  lclark@klehr.com

CORINNE SAMLER BRENNAN
    on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, agilbert@tuckerlaw.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

ROGER V. ASHODIAN
    on behalf of Debtor David Adenaike ecf@schollashodian.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DAVID ADENAIKE : CHAPTER 13
:
Debtor : Bankruptcy No. 16-13307-amc

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion to Modify Plan After Confirmation and any responses thereto, and after notice and opportunity for a hearing, it is hereby **ORDERED** as follows:

1. The Debtor's Motion to Modify Plan After Confirmation is **GRANTED**.

2. The Debtor's Ninth Amended Chapter 13 Plan is **APPROVED**, and the Debtor may file his Ninth Amended Chapter 13 Plan in the form attached to the Motion, which Ninth Amended Chapter 13 Plan supersedes and replaces the Debtor's Fifth Revised Eighth Amended Chapter 13 Plan.

BY THE COURT:

Date: June 15, 2021

Date: _____    _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE