# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 16-13307-AMC

DAVID ADENAIKE

1036 PINE STREET

DARBY, PA 19023

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

DAVID ADENAIKE

1036 PINE STREET

DARBY, PA 19023

Counsel for debtor(s), by electronic notice only.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C.
101 WEST CHESTER PK, SUITE 1A
HAVERTOWN, PA 19083-

                              /S/ Kenneth E. West

Date: 1/4/2022                          _____

                              Kenneth E. West, Esquire
                              Chapter 13 Standing Trustee