IN THE STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

David Adenaike                                             CHAPTER 13

    Debtor                                          BANKRUPTCY NO. 16-13307-amc

Dear Honorable Judge Chan,

I would like to schedule a hearing because I am not happy how my bankruptcy case is been handled by my Lawyer, the City of Philadelphia, and the Delaware County.

I have called my Lawyer several times and left messages on his voice mail, but he refused to call me back. I also sent emails to my Lawyer with no response. Sincerely, I am so depressed about his actions towards my case.

I could not bear the pain any longer, this is the reason why I am requesting a hearing to invite all the parties to come to the negotiating table.

Dear Honorable judge Chan, I have attached a copy of the email sent to my Lawyer as EXHIBIT 1.

Thank You.



FILED
APR 27 2022
TIMOTHY McGRATH CLERK

*Exhibit #1*

April 16, 2022

Hello Mr. Rogers

I would like you to file a petition in the bankruptcy court on these three issues. One, the petition for Philadelphia dept. of Revenue about the payment arrangement saga because the city refused to give me my rental license in order to rent my properties. Second petition is about the money in escrow. I would like the money to be released to the Trustee as part of my bankruptcy outstanding payment, and third, to petition the court with regard to my Delaware county taxes. Especially the Darby property. Their staff. I mean the county staffs did not receive a circular that all my delinquent taxes until 2020 have been taken care of with the bankruptcy court.

Whenever I try to pay my taxes, THE DELIQUNCIES still appear on my account, which is very frustrating. I WOULD LIKE YOU TO REQUEST A THREE YEARS REAL ESTATE TAX RECORD BECAUSE I DON'T THINK THE 2021 TAX RECORD IS RIGHT.
Please see the attachment
Thank you.
David Adenaike

No 16-13307-amc



FILED
APR 27 2022
TIMOTHY McGRATH, CLERK
DEP CL