*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*

Status Hearing re: Letter to Court/Judge Chan re: Case handling by counsel Filed by David Adenaike .

Parties are to
Dial: 877–873–8017
Access Code: 3027681#

on: 5/31/22

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  4/28/22

Timothy B. McGrath
Clerk of Court