*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16–13307–amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement of Motion for Relief re: 6853 Radbourne Road, Upper Darby, PA Filed by STEPHEN VINCENT BOTTIGLIERI on behalf of Delaware County Tax Claim Bureau

on: 7/19/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/14/22

Timothy B. McGrath
Clerk of Court

456 – 452
Form 167