United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13307-amc |
| David Adenaike | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 14, 2022 | Form ID: 167 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | WELLS FARGO BANK, N.A., P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 13724625 | + | COLLECTION, 287 INDEPENDENCE, VIRGINIA BEACH, VA 23462-2962 |
| 13724642 | + | DEPTEDNELNET, Not Available, NA, NA NA, FIN RECOVERY, 200 EAST PARK DRIVE SUITE 100 MOUNT LAUREL, NJ 08054-1297 |
| 13724624 | + | DISCOVER FINANCIAL SERVI, POB 15316, WILMINGTON, DE 19850, COLLECTION, 287 INDEPENDENCE VIRGINIA BEACH, VA 23462-2962 |
| 14280614 | + | Delaware County Tax Claim Bureau, c/o LEONARD B. ALTIERI, III, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13767263 | + | Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13789676 | + | Emergency Physician Associates of Delaw, 6681 Country Club Drive, Golden Valley Mn 55427-4601 |
| 14480661 | + | Franklin Mint Federal Credit Union, c/o Christopher J. Leavell, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13782678 | + | Franklin Mint Federal Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13724618 | + | GLHEC, PO BOX 7859, MADISON, WI 53707-7859 |
| 14061985 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty to Toyota Motor Credit Corp, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13724649 | + | NSTAR/GLELSI, 2401 INTERNATIONAL POB 7859, MADISON, WI 53707-7859 |
| 13724635 | + | PHILA FCU, 12800 WEST TOWNSEND, PHILADELPHIA, PA 19154-1003 |
| 13724629 | + | PHILA PARKNG, POB 41819, PHILADELPHIA, PA 19101-1819 |
| 14532343 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL AS, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13744538 | + | Philadelphia Federal Credit Union, c/o JASON BRETT SCHWARTZ, Mester & Schwartz, P.C., 1333 Race Street, Philadelphia, PA 19107-1556 |
| 13744033 | + | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 13724640 | + | RSHK/CBUSA, P O BOX 8189, JOHNSON CITY, TN 37615-0189 |
| 13724621 | + | TOYOTA MTR, TWO WALNUT GROVE DR #210, HORSHAM, PA 19044-7704 |
| 14514891 | + | The Tax Claim Bureau of Delaware County, Government Center Building, 201 W. Front Street,, Media, PA 19063-2708 |
| 13724633 | + | VALLEY LSI, 747 CHESTNUT RIDGE ROAD, SPRING VALLEY, NY 10977, PHILA FCU, 12800 WEST TOWNSEND PHILADELPHIA, PA 19154-1003 |
| 13724627 | + | WELLS FARGO, CREDIT BUREAU DISPUTE RESOLUTI, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 13823623 | | Wells Fargo Bank, N.A., P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 13822068 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 13750322 | + | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14043812 | + | Wells Fargo Payment Remittance Center, PO Box 51174, Los Angeles, CA 90051-5474 |
| 13724630 | + | wach ed fin, po box 3117, WINSTON SALEM, NC 27102-3117 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: adekmoss@gmail.com | Jun 15 2022 00:24:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 15 2022 00:24:00 | City of Philadelphia, Law Department, c/o Megan N. Harper, 1401 JFK Blvd. Room 580, Philadelphia, PA 19102 |
| cr | + | Email/Text: duffyk@co.delaware.pa.us | Jun 15 2022 00:24:00 | Delaware County Tax Claim Bureau, Government |

Case 16-13307-amc    Doc 457    Filed 06/16/22    Entered 06/17/22 00:34:22    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 167 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Center, 201 W. Front Street, Media, PA 19063-2708 |
| cr | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jun 15 2022 00:23:00 | Franklin Mint Federal Credit Union, 5 Hillman Drive, Suite 100, Chadds Ford, PA 19317 |
| 13724626 | + | Email/Text: EBNProcessing@afni.com | Jun 15 2022 00:24:00 | AFNI, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 13724647 | | Email/PDF: bncnotices@becket-lee.com | Jun 15 2022 00:28:42 | AMEX, P O BOX 7871, FORT LAUDERDALE, FL 33329 |
| 13795189 | | Email/PDF: ebn_ais@aisinfo.com | Jun 15 2022 00:28:38 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13724637 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 00:23:00 | BANKAMERICA, POB 1597, NORFOLK, VA 23501-1597 |
| 13724636 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 15 2022 00:28:34 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 13724623 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:38:56 | CITI CARDS CBSDNA, POB 6241, SIOUX FALLS, SD 57117-6241 |
| 14128250 | + | Email/Text: megan.harper@phila.gov | Jun 15 2022 00:24:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13913238 | + | Email/Text: duffyk@co.delaware.pa.us | Jun 15 2022 00:24:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 13819975 | | Email/Text: G06041@att.com | Jun 15 2022 00:24:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13733476 | | Email/Text: mrdiscen@discover.com | Jun 15 2022 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13761258 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 15 2022 00:24:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13724620 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 15 2022 00:24:00 | ELAN FIN SER, CB DISPUTES PO BOX 108, SAINT LOUIS, MO 63166-0108 |
| 13724632 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 15 2022 00:23:00 | FIA CS, PO BOX 982238, EL PASO, TX 79998-2238 |
| 13724650 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2022 00:24:00 | IRS, PO BOX 7346, Philadelphia, PA, PHILADELPHIA, PA 19101-7346 |
| 13724622 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 15 2022 00:28:38 | CHASE, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 13777769 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 15 2022 00:28:38 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13724639 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 15 2022 00:24:00 | MBNA AMERICA, PO BOX 17054, WILMINGTON, DE 19850-7054 |
| 14348675 | + | Email/Text: Bankruptcy@newcastlede.gov | Jun 15 2022 00:24:00 | NEW CASTLE COUNTY, GOVERNMENT CENTER-OFFICE OF LAW, 87 READS WAY, NEW CASTLE, DE 19720-1648 |
| 13724616 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:24:00 | PNC BANK, 2730 LIBERTY AV, PITTSBURGH, PA 15265 |
| 13802289 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 15 2022 00:24:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 13785251 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:28:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13725705 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 167 | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 15 2022 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13795638 | + | Email/Text: bankruptcy@philapark.org | Jun 15 2022 00:24:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13751886 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 15 2022 00:24:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 13818334 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 15 2022 00:24:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 13809827 | | Email/Text: EDBKNotices@ecmc.org | Jun 15 2022 00:23:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 16448, ST. PAUL, MN 55116-0448 |
| 13724628 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 15 2022 00:23:00 | VERIZON, 500 TECHNOLOGY DR SUITE 300, SAINT CHARLES, MO 63304-2225 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13724641 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724643 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724645 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724646 | | SYNCB/CARECR, C/O PO BOX 965036, NA, NA NA |
| 13724648 | *+ | BANKAMERICA, POB 1597, NORFOLK, VA 23501-1597 |
| 13724638 | *+ | FIA CS, PO BOX 982238, EL PASO, TX 79998-2238 |
| 13724619 | *+ | GLHEC, PO BOX 7859, MADISON, WI 53707-7859 |
| 14388285 | *+ | Internal Revenue Service, c/o Anthony St. Joseph, Assis US Atty, 615 Chestnut Street, Ste 1250, Philadelphia, PA 19106-4404 |
| 13724644 | *+ | PHILA PARKNG, POB 41819, PHILADELPHIA, PA 19101-1819 |
| 13724617 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, 2730 LIBERTY AV, PITTSBURGH, PA 15265 |
| 13724631 | *+ | TOYOTA MTR, TWO WALNUT GROVE DR #210, HORSHAM, PA 19044-7704 |
| 13724634 | *+ | wach ed fin, po box 3117, WINSTON SALEM, NC 27102-3117 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 14, 2022 | Form ID: 167 | Total Noticed: 58 |

ANTHONY ST. JOSEPH
    on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov
    mardella.suarez@usdoj.gov,CaseView.ECF@usdoj.gov

BRETT ALAN SOLOMON
    on behalf of Creditor PNC Bank  National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com

CHRISTOPHER JOHN LEAVELL
    on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com  lclark@klehr.com

CORINNE SAMLER BRENNAN
    on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, agilbert@tuckerlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

REBECCA ANN SOLARZ
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROGER V. ASHODIAN
    on behalf of Debtor David Adenaike ecf@schollashodian.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau steve@bottiglierilaw.com
    ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: David Adenaike
    Debtor(s)

Case No: 16−13307−amc

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge to consider:

Certification of Default of Stipulation of Settlement of Motion for Relief re: 1036 Pine Street, Darby, Delaware County PA Filed by STEPHEN VINCENT BOTTIGLIERI on behalf of Delaware County Tax Claim Bureau

    on: 7/19/22

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/14/22

Timothy B. McGrath
Clerk of Court

455 − 451
Form 167