**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:     DAVID ADENAIKE,            : Chapter 13
                  Debtor            : Case No. 16-13307-amc

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT**

TO THE CLERK:

      Kindly withdraw the Certification of Default filed by the Tax Claim Bureau of Delaware County at docket number 452 filed by Counsel for the Movant in the above captioned matter on June 3, 2022.

                              Respectfully submitted:

                              **TOSCANI, STATHES & ZOELLER, LLC**

Date: January 18, 2023        **BY:**  /s/Stephen V. Bottiglieri
                                          Stephen V. Bottiglieri, Esquire
                                          Attorney for Delaware County Tax Claim Bureau
                                          899 Cassatt Road, Suite 320
                                          Berwyn, PA 19312
                                          P 610-647-4901
                                          sbottiglieri@tszlegal.com