Certificate Number: 15111-PAE-DE-037129523

Bankruptcy Case Number: 16-13307



15111-PAE-DE-037129523

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on January 24, 2023, at 12:42 o'clock AM EST, David Adenaike completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 24, 2023            By:    /s/Rafia Yaqoob for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education