Sept 15, 2023

Case No: 16-13307 AMC.

CHAPTER 13

PETITION TO DISCHARGE

Dear Honorable, Judge Ashley,

My name is David Adenaike and my Case # is 16-13307 (AMC).

I have Completed my bankruptcy Payment plan as agreed. The payment Plan agreement was Completed in 12/2022. Now, I don't know what is holding up my discharge from the bankruptcy? To my knowledge, and according to my lawyer, the City of Philadelphia and the trustee are the One holding me up!!

Dear honorable, I find it difficult to get approved for mortgage, loans

and Credit Cards. And Other Assistance because I have not been discharged from the bankruptcy.

Please your honorable, I would like to schedule a hearing on this very important matter.

Sincerely,

Mr. Adeneike, David

Case # 16-13307 (Amc)

267.244.5628



FILED
SEP 15 2023
TIMOTHY McGRATH, CLERK
DEP. CLERK
BY