IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DAVID ADENAIKE, : CHAPTER 13
:
Debtor. : Bankruptcy No. 16-13307-amc

## CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO DELAWARE COUNTY TAX CLAIM BUREAU AND CONTINUINING HEARING ON DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT

The Delaware County Tax Claim Bureau, and the Debtor, David Adenaike, by and through undersigned counsel, hereby stipulate and agree as follows:

1. Limited relief from the automatic stay under 11 U.S.C. §362 is **GRANTED** to the Delaware County Tax Claim Bureau to take any and all actions necessary to schedule the Debtor's home located at 1036 Pine Street, Darby, PA 19023 (the "Property"), for a tax sale in the ordinary course, to the extent that that overdue taxes on the Property would otherwise allow the Property to be included in the September, 2024 tax sale;

2. Delaware County Tax Claim Bureau may not expose the Property to tax sale on the date of the sale without a subsequent Order granting such further relief from the automatic stay;

3. Delaware County Tax Claim Bureau may seek further relief from the automatic stay permitting the Property to be sold at the September, 2024 tax sale, and a continued hearing at which such further relief may be considered is scheduled on _____, 2024, at _____ a.m.

4. By signing this Consent Order, Counsel for the Delaware County Tax Claim Bureau and the Debtor (collectively the "Parties") represent that the Parties are familiar with and understand the terms of this Consent Order and agree to said terms regardless of whether the Parties have signed this Consent Order. This Consent Order has been reviewed and agreed to by

the Parties on or before the dates set forth below, and is effective on the date of the last signature below. The undersigned hereby consent to the form and entry of the foregoing Consent Order.

REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(610) 446-6800

Attorney for Debtor

TOSCANI, STATHES & ZOELLER, LLC, by:

_____
Stephen V. Bottiglieri
Attorney ID # 87343
899 Cassatt Road, Suite 320
Berwyn, PA 19312
(610) 647-4901

Attorney for Delaware County Tax Claim Bureau

_____

AND NOW, it is hereby **ORDERED** that the Consent Order between the Parties is **APPROVED** and made an Order of Court.

BY THE COURT:

Date: _____    _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE