United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13307-amc |
| David Adenaike | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: adekmoss@gmail.com | Jul 04 2024 00:42:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov,Matthew.Pennell@usdoj.gov |
| BRETT ALAN SOLOMON | on behalf of Creditor PNC Bank  National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com lclark@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf900 | Total Noticed: 1 |

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, rmccartney@fbtlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

ROGER V. ASHODIAN
    on behalf of Debtor David Adenaike ecf@schollashodian.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
    ecfnotices@comcast.net;ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DAVID ADENAIKE, : CHAPTER 13
:
Debtor. : Bankruptcy No. 16-13307-amc

### CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY TO DELAWARE COUNTY TAX CLAIM BUREAU AND CONTINUINING HEARING ON DEBTOR'S OBJECTION TO CERTIFICATION OF DEFAULT

The Delaware County Tax Claim Bureau, and the Debtor, David Adenaike, by and through undersigned counsel, hereby stipulate and agree as follows:

1. Limited relief from the automatic stay under 11 U.S.C. §362 is **GRANTED** to the Delaware County Tax Claim Bureau to take any and all actions necessary to schedule the Debtor's home located at 1036 Pine Street, Darby, PA 19023 (the "Property"), for a tax sale in the ordinary course, to the extent that that overdue taxes on the Property would otherwise allow the Property to be included in the September, 2024 tax sale;

2. Delaware County Tax Claim Bureau may not expose the Property to tax sale on the date of the sale without a subsequent Order granting such further relief from the automatic stay;

3. Delaware County Tax Claim Bureau may seek further relief from the automatic stay permitting the Property to be sold at the September, 2024 tax sale, and a continued hearing at which such further relief may be considered is scheduled on  Aug. 27 , 2024, at  11:00 a.m.

4. By signing this Consent Order, Counsel for the Delaware County Tax Claim Bureau and the Debtor (collectively the "Parties") represent that the Parties are familiar with and understand the terms of this Consent Order and agree to said terms regardless of whether the Parties have signed this Consent Order. This Consent Order has been reviewed and agreed to by

the Parties on or before the dates set forth below, and is effective on the date of the last signature below. The undersigned hereby consent to the form and entry of the foregoing Consent Order.

REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA 19083
(610) 446-6800

Attorney for Debtor

TOSCANI, STATHES & ZOELLER, LLC, by:

_____
Stephen V. Bottiglieri
Attorney ID # 87343
899 Cassatt Road, Suite 320
Berwyn, PA 19312
(610) 647-4901

Attorney for Delaware County Tax Claim Bureau

---

AND NOW, it is hereby **ORDERED** that the Consent Order between the Parties is **APPROVED** and made an Order of Court.

BY THE COURT:

Date: July 3, 2024

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE