IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: DAVID ADENAIKE          :   CHAPTER 13
                               :
                    Debtor     :   Bankruptcy No.: 16-13307


## CERTIFICATION OF NO ANSWER OR OBJECTION

I, Robert H. Holber, Esquire, Counsel for Movant, Catherine Lukiyatu Adenaike, hereby certify that:

1.  The Notice of Motion, Response Deadline and Hearing Date along with a copy of the Motion of Catherine Lukiyatu Adenaike for Relief for the Automatic Stay Provisions of 11 U.S.C. Section 362 Pursuant to Bankruptcy Procedure Rule 4001, was served upon (1) Office of the United States Trustee, (2) Debtor's Counsel, Roger V. Ashodian, Esquire, (3) Kenneth E. West, Esquire, Chapter 13 Trustee, and (4) Debtor, David Adenaike on or about July 23, 2023 and

2.  As of the below noted date, he has received no answer or objection, from any party to the granting of the Order.


Dated: 08/19/24

ROBERT H. HOLBER, ESQUIRE
Counsel for Movant
Catherine Lukiyatu Adenaike
41 E. Front Street
Media, PA. 19063
(610) 565-5463