IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE: : Case No. 16-13307 - AMC
:
DAVID ADENAIKE :
: Chapter 13
Debtor :
:

### ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 21st day of August, 2024, upon Motion of Catherine Lukiyatu Adnaike for a termination of the Automatic Stay pursuant to Title 11 Section 362 and and leave to proceed with her state court rights related to her divorce case in the matter of David Oladimeji Adenaike v. Catherine Lukiyatu Adnaike, Delaware County Court of Common Pleas, Docket No. 2021-005345, and any response thereto, it is hereby:

**ORDERED**: The Automatic Stay under Section 362 is modified so to allow Movant, Catherine Lukiyatu Adenaike, to proceed and continue litigating the pending divorce case captioned David Oladimeji Adenaike v. Catherine Lukiyatu Adnaike, Delaware County Court of Common Pleas, Docket No. 2021-005345;

**ORDERED**: Movant, or its agents or counsel, may communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

_____
Ashely M. Chan
Chief Bankruptcy Judge