United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-13307-amc |
| David Adenaike | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: adekmoss@gmail.com | Aug 22 2024 00:26:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| BRETT ALAN SOLOMON | on behalf of Creditor PNC Bank National Association bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com lclark@klehr.com |
| CORINNE SAMLER BRENNAN | |

on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

DENISE ELIZABETH CARLON
    on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JASON BRETT SCHWARTZ
    on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JILLIAN NOLAN SNIDER
    on behalf of Creditor PNC Bank National Association jsnider@fbtlaw.com, rmccartney@fbtlaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MEGAN N. HARPER
    on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

ROBERT H. HOLBER
    on behalf of Creditor Catherine Lukiyatu Adenaike rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

ROGER V. ASHODIAN
    on behalf of Debtor David Adenaike ecf@schollashodian.com

STEPHEN VINCENT BOTTIGLIERI
    on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

IN RE: :Case No. 16-13307 - AMC

DAVID ADENAIKE

:Chapter 13

Debtor

## ORDER MODIFYING §362 AUTOMATIC STAY

**AND NOW**, this 21st day of August, 2024, upon Motion of Catherine Lukiyatu Adnaike for a termination of the Automatic Stay pursuant to Title 11 Section 362 and and leave to proceed with her state court rights related to her divorce case in the matter of David Oladimeji Adenaike v. Catherine Lukiyatu Adnaike, Delaware County Court of Common Pleas, Docket No. 2021-005345, and any response thereto, it is hereby:

**ORDERED**: The Automatic Stay under Section 362 is modified so to allow Movant, Catherine Lukiyatu Adenaike, to proceed and continue litigating the pending divorce case captioned David Oladimeji Adenaike v. Catherine Lukiyatu Adnaike, Delaware County Court of Common Pleas, Docket No. 2021-005345;

**ORDERED:** Movant, or its agents or counsel, may communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

_____
Ashely M. Chan
Chief Bankruptcy Judge