IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **DAVID ADENAIKE** | : | |
| | : | No. 16-13307(amc) |

### ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above, and direct all notices intended for my client to me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By: */S/ William J. Levant, Esquire*
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
(610)684-2020 – Telecopier
wlevant@kaplaw.com

Dated: October 31, 2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

IN RE:                                            :         CHAPTER 13
  **JOSE E. HANDAL**                        :
  and **YALILE V. HANDAL**            :
                                                            :         No. 24-15510(jnp)

## CERTIFICATE of SERVICE

I hereby certify that on June 3, 2024, I caused true and correct copies of the foregoing Entry of Appearance to be sent to each of the persons named below, by First Class U.S. Mail, postage prepaid (except where noted), as follows:

Jose E. Handal
305 Marion Avenue
Westville, NJ 08093

Yalile V. Handal
305 Marion Avenue
Westville, NJ 08093

Lee M. Perlman, Esquire                    (sent by ECF)
Counsel for the Debtors

Andrew B. Finberg, Esquire              (sent by ECF)
Chapter 13 Trustee
Office of the U.S. Trustee                    (sent by ECF)

                                **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
           William J. Levant, Esquire
           **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
           910 Harvest Drive
           Post Office Box 3037
           Blue Bell, PA 19422
           (610)260-6000
           (610)684-2020 – Telecopier
           wlevant@kaplaw.com