IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **DAVID ADENAIKE,** | : | **CHAPTER 13** |
| | : | |
| **Debtor.** | : | **BANKRUPTCY NO. 16-13307-amc** |

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**The Debtor has filed an Objection to Amended Proof of Claim No. 30 filed by City of Philadelphia/School District of Philadelphia on or about May 16, 2023, in this bankruptcy case for the purpose of having the Court disallow the claim, or determine the remaining amount due from the funds held by the Trustee on behalf of the Debtor to complete payments to the City of Philadelphia/School District of Philadelphia through a combination of disbursements from the Trustee and direct payments.**

1.  **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult an attorney).**

2.  **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on March 4, 2025, at 11:00 a.m., in Courtroom No. 4, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, PA  19107.  If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

3.  **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

>                               REGIONAL BANKRUPTCY CENTER OF
>                               SOUTHEASTERN PA, P.C., by:

Date:  <u>January 13, 2025</u>

>                               _____
>                               Roger V. Ashodian
>                               Attorney ID #42586
>                               101 West Chester Pike, Suite 1A
>                               Havertown, PA  19083
>                               (610) 446-6800