**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    DAVID ADENAIKE,    : Chapter 13
                Debtor    : Case No. 16-13307-amc

## ORDER

**AND NOW**, upon the filing of a Certification of Default by the Delaware County Tax Claim Bureau, the Moving Party, in accordance with the Stipulation of the parties filed on July 20, 2018 at Doc. 211 and approved by this Court on July 24, 2018 at Doc. 213, it is hereby

**ORDERED:**

The Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. 362 is modified with respect to the real property located at 1036 Pine Street, Darby, Delaware County, Pennsylvania bearing Folio Number 14-00-02541-00, as to allow the Movant to sell said real property at the next County Tax Sale, pursuant to the Pennsylvania Real Estate Tax Sale Law, and to take any legal or consensual action for enforcement of its right to such sale.

BY THE COURT:

Dated: May 28, 2025

**CHIEF JUDGE ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY COURT**