## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------x
In re:                                            :
                                                  :    Chapter 13
DAVID ADENAIKE,                                   :
                                                  :    Case No. 16-13307 (AMC)
Debtor.                                           :
---------------------------------------------------------x

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

On June 23, 2025, the City of Philadelphia filed a **Motion for Entry of an Order Overruling Debtor's Objection to Third Amended Proof of Claim No. 30 Filed by The City of Philadelphia/School District of Philadelphia on May 16, 2023** with the Court.

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

2. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 7, 2025, you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:

    Clerk, United States Bankruptcy Court
    for the Eastern District of Pennsylvania
    900 Market Street, Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movants' attorney:

    Megan N. Harper
    Divisional Deputy City Solicitor
    City of Philadelphia Law Department
    Municipal Services Building
    1401 JFK Boulevard, 5th Floor
    Philadelphia, PA 19102-1595

        -and to-
Chapter 13 Standing Trustee:
Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

        -and-

United States Trustee: Office of the U.S. Trustee
Robert N.C. Nix Federal Building, Suite 320
Philadelphia, PA 19107

3. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

4. A hearing on the motion is scheduled to be held before The Honorable Ashely M. Chan on **Tuesday, August 5, 2025 at 11:00 a.m. in Courtroom #4, United States Bankruptcy Court Robert N.C. Nix, Sr. Federal Courthouse & Post Office, 900 Market Street, Philadelphia, PA 19107.**

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

6. You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: June 23, 2025                        */s/ Megan N. Harper*
                                               MEGAN N. HARPER
                                               Divisional Deputy City Solicitor
                                               PA Attorney I.D. 81669
                                               Attorney for the City of Philadelphia
                                               City of Philadelphia Law Department
                                               Municipal Services Building
                                               1401 JFK Boulevard, 5th Floor
                                               Philadelphia, PA  19102-1595
                                               215-686-0503 (phone)
                                               Email: Megan.Harper@phila.gov