**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-----------------------------------------------------------x

In re:                                                          :

                                                           :     Chapter 13

    DAVID ADENAIKE,                    :

                                                           :     Case No. 16-13307 (AMC)

             Debtor.    :

-----------------------------------------------------------x

**AMENDED ORDER GRANTING MOTION OF THE CITY OF PHILADELPHIA
FOR ENTRY OF AN ORDER OVERRULING DEBTOR'S OBJECTION TO
THIRD AMENDED PROOF OF CLAIM NO. 30 FILED BY THE CITY OF
PHILADELPHIA/SCHOOL DISTRICT OF PHILADELPHIA ON MAY 16, 2023**

Upon the Motion of the City of Philadelphia for Entry of an Order Overruling Debtor's

Objection to Third Amended Proof of Claim No. 30 Filed by The City of Philadelphia/School

District of Philadelphia on May 16, 2023 (the "Motion"); and it appearing that the relief sought in

the Motion and entry of this Order is necessary and appropriate; and upon consideration of the

Motion and any objection thereto; and after due deliberation and sufficient cause appearing

therefor, it is hereby

ORDERED that:

1. The Motion is GRANTED in its entirety.

2. The Claim Objection[1] is OVERRULED.

3. The Trustee is authorized to disburse, in addition to disbursements already made,

   $5,380.81 in satisfaction of the Amended Claim.

**Date: March 26, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-----------------------------------------------------------x
In re:                                          :
                                                :        Chapter 13
         DAVID ADENAIKE,                        :
                                                :        Case No. 16-13307 (AMC)
                                Debtor.         :
-----------------------------------------------------------x
```

**AMENDED ORDER GRANTING MOTION OF THE CITY OF PHILADELPHIA
FOR ENTRY OF AN ORDER OVERRULING DEBTOR'S OBJECTION TO
THIRD AMENDED PROOF OF CLAIM NO. 30 FILED BY THE CITY OF
PHILADELPHIA/SCHOOL DISTRICT OF PHILADELPHIA ON MAY 16, 2023**

Upon the Motion of the City of Philadelphia for Entry of an Order Overruling Debtor's Objection to Third Amended Proof of Claim No. 30 Filed by The City of Philadelphia/School District of Philadelphia on May 16, 2023 (the "Motion"); and it appearing that the relief sought in the Motion and entry of this Order is necessary and appropriate; and upon consideration of the Motion and any objection thereto; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that:

1. The Motion is GRANTED in its entirety.

2. The Claim Objection[1] is OVERRULED.

3. The Trustee is authorized to disburse**, in addition to disbursements already made,** **$5,380.81** in ~~partial~~ satisfaction of the Amended Claim.

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.