United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                    Case No. 16-13307-amc

David Adenaike                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: adekmoss@gmail.com | Mar 27 2026 02:00:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:

**Name**      **Email Address**

ANDREW L. SPIVACK
    on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

ANTHONY ST. JOSEPH
    on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov
    Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

BRETT ALAN SOLOMON
    on behalf of Creditor PNC Bank  National Association brett@trustedlandtransfer.com, agilbert@tuckerlaw.com

CHRISTOPHER JOHN LEAVELL
    on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com  lclark@klehr.com

CORINNE SAMLER BRENNAN

District/off: 0313-2                        User: admin                                Page 2 of 2
Date Rcvd: Mar 26, 2026                     Form ID: pdf900                            Total Noticed: 1

          on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

JACK K. MILLER
          on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JASON BRETT SCHWARTZ
          on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JILLIAN NOLAN SNIDER
          on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, rmccartney@fbtlaw.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
          on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
          on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
          on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

ROBERT H. HOLBER
          on behalf of Creditor Catherine Lukiyatu Adenaike rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

ROGER V. ASHODIAN
          on behalf of Debtor David Adenaike ecf@schollashodian.com

STEPHEN VINCENT BOTTIGLIERI
          on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
          on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 17

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
----------------------------------------------------------x
In re:                                          :
                                                :       Chapter 13
        DAVID ADENAIKE,                         :
                                                :       Case No. 16-13307 (AMC)
                        Debtor.                 :
----------------------------------------------------------x
```

**AMENDED ORDER GRANTING MOTION OF THE CITY OF PHILADELPHIA
FOR ENTRY OF AN ORDER OVERRULING DEBTOR'S OBJECTION TO
THIRD AMENDED PROOF OF CLAIM NO. 30 FILED BY THE CITY OF
PHILADELPHIA/SCHOOL DISTRICT OF PHILADELPHIA ON MAY 16, 2023**

Upon the Motion of the City of Philadelphia for Entry of an Order Overruling Debtor's Objection to Third Amended Proof of Claim No. 30 Filed by The City of Philadelphia/School District of Philadelphia on May 16, 2023 (the "Motion"); and it appearing that the relief sought in the Motion and entry of this Order is necessary and appropriate; and upon consideration of the Motion and any objection thereto; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that:

1. The Motion is GRANTED in its entirety.

2. The Claim Objection[1] is OVERRULED.

3. The Trustee is authorized to disburse, in addition to disbursements already made, $5,380.81 in satisfaction of the Amended Claim.

**Date: March 26, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
----------------------------------------------------------x
In re:                                    :
                                          :        Chapter 13
        DAVID ADENAIKE,                   :
                                          :        Case No. 16-13307 (AMC)
                        Debtor.           :
----------------------------------------------------------x
```

**AMENDED ORDER GRANTING MOTION OF THE CITY OF PHILADELPHIA
FOR ENTRY OF AN ORDER OVERRULING DEBTOR'S OBJECTION TO
THIRD AMENDED PROOF OF CLAIM NO. 30 FILED BY THE CITY OF
PHILADELPHIA/SCHOOL DISTRICT OF PHILADELPHIA ON MAY 16, 2023**

Upon the Motion of the City of Philadelphia for Entry of an Order Overruling Debtor's Objection to Third Amended Proof of Claim No. 30 Filed by The City of Philadelphia/School District of Philadelphia on May 16, 2023 (the "Motion"); and it appearing that the relief sought in the Motion and entry of this Order is necessary and appropriate; and upon consideration of the Motion and any objection thereto; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that:

1.  The Motion is GRANTED in its entirety.

2.  The Claim Objection[1] is OVERRULED.

3.  The Trustee is authorized to disburse**, in addition to disbursements already made, $5,380.81** in ~~partial~~ satisfaction of the Amended Claim.

 

 

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.