UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA


DAVID ADENAIKE                                                      CHAPTER 13




DEBTOR                                              BANKRUPTCY NO 16-13307-AMC


PETITION WITH REGERD TO THE IRS LETTER


Dear Honorable Judge Chan,

I received a letter from the IRS. Please your honor see Exhibit B. I would like the trustee to explain to me why a penny has not been paid since 2016 when my plain was approved. I had paid every pennies owed to the IRS to the trustee. I have been threatened by the IRS, the IRS is asking me to appeal after discharge from the bankruptcy.

I have been through a lot. Please your honor kindly do something about it, thank you.


Respecfully Yours

David Adenaike

(Debtor)

FILED

MAR 3 1 2026

CLERK OF COURT
BY _____ DEP. CLERK

Internal Revenue Service                Department of the Treasury
Independent Office of Appeals
PO Box 622
Stop 86
Memphis, TN  38101-0622

Date:  January 13, 2026

DAVID & CATHERINE ADENAIKE
1036 PINE ST
DARBY PA  19023

**Person to Contact:**
Marilyn M Daniel
Employee ID Number: 1000161926
Tel:  901-707-5239
Fax:  855-708-3801
Contact Hours: 6:00am-2:00pmCST
**Refer Reply to:**
AP:CL:MEM:MMD
**In Re:**
Collection Due Process - Lien
**Tax Period(s) Ended:**
12/2012

Dear Mr. & Mrs. David & Catherine Adenaike:

Your Collection Due Process Hearing (CDP) or Equivalent Hearing (EH)is suspended pending a related:
Bankruptcy

If you have filed for bankruptcy, your appeal will continue when the bankruptcy court releases jurisdiction of your case. This typically happens when your case is discharged or dismissed.

While your appeal is in suspense, I will send you periodic updates on the status. Once the above issue is resolved, I will contact you or your authorized representative to resume resolution of your appeal. While you case is in suspense, penalties and interest continue to accrue.

If you have any questions, please contact me, or have your authorized representative contact me at the phone number above.

If you would like your updates to be provided electronically, please sign up for Taxpayer Digital Communications. Visit irs.gov/connect to register and get started.

Sincerely,

Marilyn M Daniel
Appeals Officer