**Fill in this information to identify the case:**

Debtor 1        **DAVID ADENAIKE**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

(State)

Case Number   **16-13307-AMC**

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

| Part 1: | Mortgage Information |

**Name of claim holder:**   PHILA. FEDERAL CREDIT UNION

**Court claim no.**  (if known):
6

**Last 4 digits** of any number you use to identify the debtor's account:   9  2  8  4

**Property Address:**   1036 PINE STREET
Number        Street

PHILADELPHIA                                                    PA     19023
City                                                          State    ZIP Code

| Part 2: | Statement of Completion |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 1,337.50 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 1,337.50 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 1,337.50 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $ _____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $ _____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

**✗** /s/ Kenneth E. West                                Date    04/15/2026
Signature

Trustee          Kenneth E. West
First Name          Middle Name          Last Name

Address          190 N. Independence Mall West, Suite 701
Number          Street

Philadelphia                                PA          19106
City                                        State          ZIP Code

Contact phone   (215) 627-1377                Email  info@ph13trustee.com

| Debtor 1 | **DAVID ADENAIKE** | | Case Number **16-13307-AMC** | Page 1 |
| | Name | | | |

# History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 08/10/2018 | 2475255 | Disbursement To Creditor/Principal | 410.23 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 09/10/2018 | 2476807 | Disbursement To Creditor/Principal | 28.52 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 10/10/2018 | 2478390 | Disbursement To Creditor/Principal | 30.55 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 12/07/2018 | 2481480 | Disbursement To Creditor/Principal | 49.87 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 01/09/2019 | 2482970 | Disbursement To Creditor/Principal | 29.54 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 02/08/2019 | 2484529 | Disbursement To Creditor/Principal | 29.53 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 04/09/2019 | 2487548 | Disbursement To Creditor/Principal | 52.50 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 11/10/2020 | 2517210 | Disbursement To Creditor/Principal | 76.04 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 01/08/2021 | 2520103 | Disbursement To Creditor/Principal | 23.32 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 04/09/2021 | 2524533 | Disbursement To Creditor/Principal | 28.31 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 08/09/2021 | 2530469 | Disbursement To Creditor/Principal | 32.15 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 10/08/2021 | 3000690 | Disbursement To Creditor/Principal | 62.69 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 12/09/2021 | 3003424 | Disbursement To Creditor/Principal | 31.34 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 02/07/2022 | 3006023 | Disbursement To Creditor/Principal | 83.58 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 04/12/2022 | 3008656 | Disbursement To Creditor/Principal | 83.58 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 05/11/2022 | 3010020 | Disbursement To Creditor/Principal | 41.79 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 06/09/2022 | 3011269 | Disbursement To Creditor/Principal | 41.79 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 07/12/2022 | 3012556 | Disbursement To Creditor/Principal | 47.24 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 08/16/2022 | 3013867 | Disbursement To Creditor/Principal | 44.52 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 10/11/2022 | 3016193 | Disbursement To Creditor/Principal | 36.11 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 11/15/2022 | 3017478 | Disbursement To Creditor/Principal | 66.77 |
| 6 | PHILA. FEDERAL CREDIT UNI | Secured Arrears Mortgage | 12/13/2022 | 3018740 | Disbursement To Creditor/Principal | 7.53 |

Total for Claim Number 6:    1,337.50

**Total for Part 3 - b (Prepetition Arrears):    1,337.50**