**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   DAVID ADENAIKE | : | Chapter 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No.  16-13307 AMC |

## PRAECIPE TO WITHDRAW

Kindly withdraw the Trustee's Motion to Dismiss Case filed on March 5, 2026. Docket entry #537, #538 and cancel the hearing scheduled for 5/19/2026 at 10:00 A.M.

Respectfully submitted,

/s/ Kenneth E. West, Esq

April 16, 2026

Kenneth E. West
Chapter 13 Standing Trustee