United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 16-13307-amc |
|---|---|
| David Adenaike | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 13724625 | + | COLLECTION, 287 INDEPENDENCE, VIRGINIA BEACH, VA 23462-2962 |
| 13724642 | + | DEPTEDNELNET, Not Available, NA, NA NA, FIN RECOVERY, 200 EAST PARK DRIVE SUITE 100 MOUNT LAUREL, NJ 08054-1297 |
| 13724624 | + | DISCOVER FINANCIAL SERVI, POB 15316, WILMINGTON, DE 19850, COLLECTION, 287 INDEPENDENCE VIRGINIA BEACH, VA 23462-2962 |
| 13767263 | + | Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14280614 | + | Delaware County Tax Claim Bureau, c/o LEONARD B. ALTIERI, III, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13789676 | + | Emergency Physician Associates of Delaw, 6681 Country Club Drive, Golden Valley Mn 55427-4601 |
| 14480661 | + | Franklin Mint Federal Credit Union, c/o Christopher J. Leavell, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13724618 | + | GLHEC, PO BOX 7859, MADISON, WI 53707-7859 |
| 14061985 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Atty to Toyota Motor Credit Corp, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13724649 | + | NSTAR/GLELSI, 2401 INTERNATIONAL POB 7859, MADISON, WI 53707-7859 |
| 13724629 | + | PHILA PARKNG, POB 41819, PHILADELPHIA, PA 19101-1819 |
| 14532343 | + | PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL AS, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14942458 | + | Philadelphia Federal Credit Union, c/o WILLIAM J LEVANT, Kaplin Stewart, 910 Harvest Drive, Post Office Box 3037, Blue Bell, PA 19422-0765 |
| 13744538 | + | Philadelphia Federal Credit Union, c/o JASON BRETT SCHWARTZ, Mester & Schwartz, P.C., 1333 Race Street, Philadelphia, PA 19107-1556 |
| 13724640 | + | RSHK/CBUSA, P O BOX 8189, JOHNSON CITY, TN 37615-0189 |
| 13724621 | + | TOYOTA MTR, TWO WALNUT GROVE DR #210, HORSHAM, PA 19044-7704 |
| 14514891 | + | The Tax Claim Bureau of Delaware County, Government Center Building, 201 W. Front Street,, Media, PA 19063-2708 |
| 13724633 | + | VALLEY LSI, 747 CHESTNUT RIDGE ROAD, SPRING VALLEY, NY 10977, PHILA FCU, 12800 WEST TOWNSEND PHILADELPHIA, PA 19154-1003 |
| 13724630 | + | wach ed fin, po box 3117, WINSTON SALEM, NC 27102-3117 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: adekmoss@gmail.com | Apr 17 2026 00:31:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13724626 | + | Email/Text: EBNProcessing@afni.com | Apr 17 2026 00:30:00 | AFNI, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 13724647 | | Email/PDF: bncnotices@becket-lee.com | Apr 17 2026 00:35:03 | AMEX, P O BOX 7871, FORT LAUDERDALE, FL 33329 |
| 13795189 | | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Apr 16, 2026 | Form ID: 138OBJ | Total Noticed: 57

| | | Apr 17 2026 00:35:27 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13724637 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:29:00 | BANKAMERICA, POB 1597, NORFOLK, VA 23501-1597 |
| 13724636 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 00:35:14 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 13724622 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2026 00:35:04 | CHASE, P.O. BOX 15298, WILMINGTON, DE 19850-5298 |
| 13724623 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2026 00:35:06 | CITI CARDS CBSDNA, POB 6241, SIOUX FALLS, SD 57117-6241 |
| 14128250 | + Email/Text: megan.harper@phila.gov | Apr 17 2026 00:30:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13913238 | + Email/Text: kenneyk@co.delaware.pa.us | Apr 17 2026 00:31:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 13819975 | Email/PDF: ais.dtv.ebn@aisinfo.com | Apr 17 2026 00:35:27 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13733476 | Email/Text: mrdiscen@discover.com | Apr 17 2026 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13761258 | Email/Text: ECMCBKNotices@ecmc.org | Apr 17 2026 00:30:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13724620 | + Email/Text: USB_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:30:00 | ELAN FIN SER, CB DISPUTES PO BOX 108, SAINT LOUIS, MO 63166-0108 |
| 13724632 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:29:00 | FIA CS, PO BOX 982238, EL PASO, TX 79998-2238 |
| 13782678 | + Email/Text: cbrennan@klehr.com | Apr 17 2026 00:30:00 | Franklin Mint Federal Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13724650 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2026 00:30:00 | IRS, PO BOX 7346, Philadelphia, PA, PHILADELPHIA, PA 19101-7346 |
| 13777769 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 00:35:03 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13724639 | + Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 17 2026 00:30:00 | MBNA AMERICA, PO BOX 17054, WILMINGTON, DE 19850-7054 |
| 14348675 | + Email/Text: Bankruptcy@newcastlede.gov | Apr 17 2026 00:29:00 | NEW CASTLE COUNTY, GOVERNMENT CENTER-OFFICE OF LAW, 87 READS WAY, NEW CASTLE, DE 19720-1648 |
| 13724635 | Email/Text: CollectionsDept@PFCU.COM | Apr 17 2026 00:30:00 | PHILA FCU, 12800 WEST TOWNSEND, PHILADELPHIA, PA 19154 |
| 13744033 | Email/Text: CollectionsDept@PFCU.COM | Apr 17 2026 00:30:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 13724616 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2026 00:29:00 | PNC BANK, 2730 LIBERTY AV, PITTSBURGH, PA 15265 |
| 13802289 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2026 00:29:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 13785251 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2026 00:35:03 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13725705 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | | | division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13795638 | + | Email/Text: bankruptcy@philapark.org | | Apr 17 2026 00:31:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13751886 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | Apr 17 2026 00:29:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 13818334 | | Email/Text: USB_BNC_Emails@g2risksolutions.com | | Apr 17 2026 00:30:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 13809827 | | Email/Text: EDBKNotices@ecmc.org | | Apr 17 2026 00:29:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 16448, ST. PAUL, MN 55116-0448 |
| 13724628 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Apr 17 2026 00:29:00 | VERIZON, 500 TECHNOLOGY DR SUITE 300, SAINT CHARLES, MO 63304-2225 |
| 13724627 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | Apr 17 2026 00:35:15 | WELLS FARGO, CREDIT BUREAU DISPUTE RESOLUTI, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 13823623 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | | Apr 17 2026 00:35:16 | Wells Fargo Bank, N.A., P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 13750322 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Apr 17 2026 00:35:14 | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 13822068 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | Apr 17 2026 00:35:04 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14043812 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | Apr 17 2026 00:35:15 | Wells Fargo Payment Remittance Center, PO Box 51174, Los Angeles, CA 90051-5474 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13724641 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724643 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724645 | | DEPTEDNELNET, Not Available, NA, NA NA |
| 13724646 | | SYNCB/CARECR, C/O PO BOX 965036, NA, NA NA |
| 13724648 | *+ | BANKAMERICA, POB 1597, NORFOLK, VA 23501-1597 |
| 13724638 | *+ | FIA CS, PO BOX 982238, EL PASO, TX 79998-2238 |
| 13724619 | *+ | GLHEC, PO BOX 7859, MADISON, WI 53707-7859 |
| 14388285 | *+ | Internal Revenue Service, c/o Anthony St. Joseph, Assis US Atty, 615 Chestnut Street, Ste 1250, Philadelphia, PA 19106-4404 |
| 13724644 | *+ | PHILA PARKNG, POB 41819, PHILADELPHIA, PA 19101-1819 |
| 13724617 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, 2730 LIBERTY AV, PITTSBURGH, PA 15265 |
| 13724631 | *+ | TOYOTA MTR, TWO WALNUT GROOVE DR #210, HORSHAM, PA 19044-7704 |
| 13724634 | *+ | wach ed fin, po box 3117, WINSTON SALEM, NC 27102-3117 |

TOTAL: 4 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-2                                   User: admin                                      Page 4 of 4
Date Rcvd: Apr 16, 2026                               Form ID: 138OBJ                                   Total Noticed: 57

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| ANTHONY ST. JOSEPH | on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov  Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| BRETT ALAN SOLOMON | on behalf of Creditor PNC Bank  National Association brett@trustedlandtransfer.com, agilbert@tuckerlaw.com |
| CHRISTOPHER JOHN LEAVELL | on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com  lclark@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| JILLIAN NOLAN SNIDER | on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, rmccartney@fbtlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| ROBERT H. HOLBER | on behalf of Creditor Catherine Lukiyatu Adenaike rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net |
| ROGER V. ASHODIAN | on behalf of Debtor David Adenaike ecf@schollashodian.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com |

TOTAL: 18

*Form 138OBJ* (6/24)–doc 550 – 547

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         )
   David Adenaike                              )           Case No. 16–13307–amc
                                               )
                                               )
   Debtor(s).                                  )           Chapter: 13
                                               )
                                               )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 16, 2026                                    For The Court

                                                       Mohung Wong
                                                       Clerk of Court