United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

David Adenaike

    Debtor

Case No. 16-13307-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: 3180W | Total Noticed: 26 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 13767263 | + Delaware County Tax Claim Bureau, c/o STEPHEN VINCENT BOTTIGLIERI, 230 N. Monroe Street, Media, PA 19063-2908 |
| 13789676 | + Emergency Physician Associates of Delaw, 6681 Country Club Drive, Golden Valley Mn 55427-4601 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: adekmoss@gmail.com | May 07 2026 01:58:00 | David Adenaike, 1036 Pine Street, Darby, PA 19023-2000 |
| smg | Email/Text: megan.harper@phila.gov | May 07 2026 01:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | May 07 2026 05:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13795189 | EDI: AIS.COM | May 07 2026 05:54:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14128250 | + Email/Text: megan.harper@phila.gov | May 07 2026 01:58:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13913238 | + Email/Text: kenneyk@co.delaware.pa.us | May 07 2026 01:58:00 | Delaware County Tax Claim Bureau, Government Center Building, 201 W. Front Street, Media, PA 19063-2708 |
| 13819975 | EDI: DIRECTV.COM | May 07 2026 05:54:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 13733476 | EDI: DISCOVER | May 07 2026 05:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13761258 | Email/Text: ECMCBKNotices@ecmc.org | May 07 2026 01:58:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 13782678 | + Email/Text: cbrennan@klehr.com | May 07 2026 01:58:00 | Franklin Mint Federal Credit Union, c/o CORINNE SAMLER BRENNAN, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 13724650 | + EDI: IRS.COM | May 07 2026 05:54:00 | IRS, PO BOX 7346, Philadelphia, PA, PHILADELPHIA, PA 19101-7346 |
| 13777769 | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2026 02:04:01 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14348675 | + Email/Text: Bankruptcy@newcastlede.gov | May 07 2026 01:58:00 | NEW CASTLE COUNTY, GOVERNMENT CENTER-OFFICE OF LAW, 87 READS WAY, |

District/off: 0313-2                     User: admin                            Page 2 of 3

Date Rcvd: May 06, 2026                  Form ID: 3180W                         Total Noticed: 26

| | | | |
|---|---|---|---|
| | | | NEW CASTLE, DE 19720-1648 |
| 13744033 | Email/Text: CollectionsDept@PFCU.COM | May 07 2026 01:58:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 13802289 | Email/Text: Bankruptcy.Notices@pnc.com | May 07 2026 01:58:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 13785251 | EDI: PRA.COM | May 07 2026 05:54:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13725705 | EDI: PENNDEPTREV | May 07 2026 05:54:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 13795638 | + Email/Text: bankruptcy@philapark.org | May 07 2026 01:58:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13751886 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 07 2026 01:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 13818334 | EDI: USBANKARS.COM | May 07 2026 05:54:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 13809827 | Email/Text: EDBKNotices@ecmc.org | May 07 2026 01:58:00 | U.S. DEPARTMENT OF EDUCATION, PO BOX 16448, ST. PAUL, MN 55116-0448 |
| 13823623 | EDI: WFHOME | May 07 2026 05:54:00 | Wells Fargo Bank, N.A., P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 13750322 | + EDI: WFCCSBK | May 07 2026 05:54:00 | Wells Fargo Bank, N.A., Business Direct Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 13822068 | EDI: WFCCSBK | May 07 2026 05:54:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                       Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

ANDREW L. SPIVACK
                            on behalf of Creditor Toyota Motor Credit Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com

District/off: 0313-2        User: admin        Page 3 of 3

Date Rcvd: May 06, 2026        Form ID: 3180W        Total Noticed: 26

ANTHONY ST. JOSEPH
> on behalf of Creditor United States of America on Behalf of IRS anthony.stjoseph@usdoj.gov
> Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

BRETT ALAN SOLOMON
> on behalf of Creditor PNC Bank  National Association brett@trustedlandtransfer.com, agilbert@tuckerlaw.com

CHRISTOPHER JOHN LEAVELL
> on behalf of Creditor Franklin Mint Federal Credit Union cleavell@klehr.com  lclark@klehr.com

CORINNE SAMLER BRENNAN
> on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  scmcginly@klehr.com;nyackle@klehr.com

JACK K. MILLER
> on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

JASON BRETT SCHWARTZ
> on behalf of Creditor Philadelphia Federal Credit Union bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JILLIAN NOLAN SNIDER
> on behalf of Creditor PNC Bank  National Association jsnider@fbtlaw.com, rmccartney@fbtlaw.com

KENNETH E. WEST
> ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
> on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
> on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
> on behalf of Creditor PNC Bank  National Association bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MEGAN N. HARPER
> on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

ROBERT H. HOLBER
> on behalf of Creditor Catherine Lukiyatu Adenaike rholber@holber.com  LawOfficeofRobertHHolberPC@jubileebk.net

ROGER V. ASHODIAN
> on behalf of Debtor David Adenaike ecf@schollashodian.com

STEPHEN VINCENT BOTTIGLIERI
> on behalf of Creditor Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
> on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com  wlevant@gmail.com


TOTAL: 18

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Adenaike | Social Security number or ITIN   xxx–xx–3750 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   16–13307–amc

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Adenaike

5/5/26

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---